ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al., | : | Case No. 02-10429 (JKF) |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| | : | |
| | : | Related to D.I. 8008, 8009 and 8240 |
| | : | Appeal # 06-01 |

### AMENDED NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002(b), creditor Law Debenture Trust Company of New York, the Indenture Trustee[1] under an Indenture dated as of February 1, 1993, by and through its undersigned counsel, hereby files its amended notice of appeal to the United States District Court for the District of Delaware from the Orders of the United States Bankruptcy Court for the District of Delaware (Fitzgerald, J.) entitled (1) "Order Overruling Objections to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership" [D.I. 8009] and the accompanying Memorandum of Decision [D.I. 8008] referenced therein, both entered December 22, 2005, and (2) Order Granting Law Debenture Trust Company of New York's Motion for Reconsideration and Overruling Objection to Plan Confirmation," entered February 8, 2006 [D.I. 8240] (collectively, the "Decisions"). LDTC filed its Notice of Appeal on January 3, 2006 [D.I. 8052].

The parties to the Decisions appealed from and the names and addresses of their respective attorneys are as follows:



RECEIVED FEB 13 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

---

[1] LDTC is the successor indenture trustee to State Street Bank and Trust Company which was, in turn, the successor to First National Bank of Boston.

John M. Donnan, Esq.
c/o Leigh Ann Clifford and Jennifer Kane
Kaiser Aluminum Corporation
27422 Portola Parkway, Ste. 350
Foothill Ranch, CA 92610-2831
E-mail: leigh.clifford@kaiseral.com
E-mail: Jennifer.kane@kaiseral.com
**(Debtors)**

Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Nick Bowen, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com
E-mail: dpwinikka@jonesday.com
E-mail: nbowen@jonesday.com
**(Outside Counsel to Debtors)**

Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
E-mail: defranceschi@rlf.com
E-mail: newmarch@rlf.com
**(Delaware Counsel to Debtors)**

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8011
E-mail: efutrell@joneswalker.com
**(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee)**

Lisa Beckerman, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
E-mail: lbeckerman@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

Brian A. Kilmer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana - 44th Fl.
Houston, TX 77002
E-mail: bkilmer@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com
**(Delaware Counsel to Official Committee of Unsecured Creditors)**

Anthony Callaghan, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One River Front Plaza
Newark, NJ 07102
Telephone: (973) 596-4500
E-mail: acallaghan@gibbonslaw.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St. - Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
E-mail: ttacconelli@ferryjoseph.com
        mjoseph@ferryjoseph.com
**(Counsel for U.S. Bank National Association, as Indenture Trustee)**

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
E-mail: kbifferato@cblh.com
        mphillips@cblh.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW - Suite 100
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
E-mail: Chsu@weil.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: hkaplan@gcd.com
E-mail: mhebbeln@gcd.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335
Facsimile: (612) 642-8335
E-mail: alain.baudry@maslon.com
        clark.whitmore@maslon.com
**(Counsel for U.S. Bank National Association, as Indenture Trustee)**

George A. Davis, Esq.
Diane Harvey, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: diane.harvey@weil.com
        george.davis@weil.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. - 10th Fl.
Wilmington, DE 19801
Telephone: (302) 888-6811
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Kristin K. Going, Esq.
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005
Telephone: (202) 230-5177
Facsimile: (202) 230-5377
E-mail: kgoing@gcd.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Duane D. Werb, Esq.
Jennifer H. Unhoch, Esq.
Werb & Sullivan
300 Delaware Ave. - 13th Fl.
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: dwerb@werbsullivan.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Isaac M. Pachulski, Esq.
K. John Shaffer, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
**(Counsel to Liverpool)**

David J. Baldwin, Esq.
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
**(Counsel to Liverpool)**

Brad A. Berish, Esquire
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, Illinois 60604
312-435-1050 telephone
312-435-1059 facsimile
**(Counsel to Allstate Insurance Company)**

Peter B. Ackerman, Esq.
Coudert Brothers LLP
333 South Hope Street
Los Angeles, CA 90071
**(Counsel to London Market Insurers)**

Jason J. DeJonker
McDermott, Will & Emery
227 W. Monroe St.
Suite 5400
Chicago, IL 60606
**(Counsel for CAN Mart Companies)**

Leonard P. Goldberger
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
**(Counsel to Century Indemnity Company)**

James L. Eggeman, Esq.
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Phone: 202-326-4020 (ext. 6833)
Fax: 202-326-4112
**(Counsel to Pension Benefit Guaranty Corporation)**

Mark T Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801
302-426-1900
Fax : 302-426-9947
Email: cl@camlev.com
**(Counsel to Asbestos Creditors Committee)**

Sharon M Zieg
Donald Brown
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
302-571-6600
Fax : 302-576-3350
Email: bankruptcy@ycst.com
**(Counsel to Asbestos Futures Representative)**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 fax machine
**(Office of the United States Trustee)**

Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
**(Counsel to Silica Future Claimants' Representative)**

Marc S. Casarino
White and Williams LLP
824 N. Market St., Suite 902
PO Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4520
**(Counsel to ACE Insurance Company)**

Richard Chesley
Jones Day
77 West Wacker Drive
Chicago, IL 60601
**(Outside Counsel to Debtors)**

Ronald E. Reinsel
CAPLIN & DRYSDALE
One Thomas Circle. N.W.
Washington, D.C. 20005
(202) 862-5000
(202) 429-3301 (fax)
**(Counsel to Personal Injury Committee)**

Evans Wohlforth
David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, New Jersey 07102
**((Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Dated: February 13, 2006

                         LAW DEBENTURE TRUST COMPANY OF
                         NEW YORK

                         /s/ [signature]
                         Francis A. Monaco, Jr. (#2078)
                         Joseph J. Bodnar (#2512)
                         MONZACK AND MONACO, P.A.
                         P.O. Box 2031
                         1201 North Orange Street, Suite 400
                         Wilmington, DE 19899-2031
                         Tel.   (302) 656-8162

                         and

                         Evan D. Flaschen (ct10660)
                         Gregory W. Nye (ct06028)
                         BINGHAM McCUTCHEN LLP
                         One State Street
                         Hartford, CT 06103-3178
                         Tel.   (860) 240-2700

                         *Special Counsel to*
                         *Law Debenture Trust Company of New York*

CTDOCS/1652117.1
Document#: 52151

6

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on February 13, 2006 upon:

John M. Donnan, Esq.
c/o Leigh Ann Clifford and Jennifer Kane
Kaiser Aluminum Corporation
27422 Portola Parkway, Ste. 350
Foothill Ranch, CA 92610-2831
E-mail: leigh.clifford@kaiseral.com
E-mail: jennifer.kane@kaiseral.com
**(Debtors)**

Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Nick Bowen, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com
E-mail: dpwinikka@jonesday.com
E-mail: nbowen@jonesday.com
**(Outside Counsel to Debtors)**

Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
E-mail: defranceschi@rlf.com
E-mail: newmarch@rlf.com
**(Delaware Counsel to Debtors)**

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8011
E-mail: efutrell@joneswalker.com
**(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee)**

Lisa Beckerman, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
E-mail: lbeckerman@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

Brian A. Kilmer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana - 44th Fl.
Houston, TX 77002
E-mail: bkilmer@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com
**(Delaware Counsel to Official Committee of Unsecured Creditors)**

Anthony Callaghan, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One River Front Plaza
Newark, NJ 07102
Telephone: (973) 596-4500
E-mail: acallaghan@gibbonslaw.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Document#: 50772

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St. - Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
E-mail: ttacconelli@ferryjoseph.com
        mjoseph@ferryjoseph.com
(Counsel for U.S. Bank National Association, as Indenture Trustee)

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
E-mail: kbifferato@cblh.com
        mphillips@cblh.com
(Counsel for Ad Hoc Group of Senior Note Holders)

Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW - Suite 100
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
E-mail: Chsu@weil.com
(Counsel for Ad Hoc Group of Senior Note Holders)

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: hkaplan@gcd.com
E-mail: mhebbeln@gcd.com
(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335
Facsimile: (612) 642-8335
E-mail: alain.baudry@maslon.com
        clark.whitmore@maslon.com
(Counsel for U.S. Bank National Association, as Indenture Trustee)

George A. Davis, Esq.
Diane Harvey, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: diane.harvey@weil.com
        george.davis@weil.com
(Counsel for Ad Hoc Group of Senior Note Holders)

Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. - 10th Fl.
Wilmington, DE 19801
Telephone: (302) 888-6811
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)

Kristin K. Going, Esq.
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005
Telephone: (202) 230-5177
Facsimile: (202) 230-5377
E-mail: kgoing@gcd.com
(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)

Document #: 52144
CTDOCS/1649187.1

2

Duane D. Werb, Esq.
Jennifer H. Unhoch, Esq.
Werb & Sullivan
300 Delaware Ave. - 13th Fl.
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: dwerb@werbsullivan.com
   **(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

David J. Baldwin, Esq.
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
**(Counsel to Liverpool)**

Peter B. Ackerman, Esq.
Coudert Brothers LLP
333 South Hope Street
Los Angeles, CA 90071
**(Counsel to London Market Insurers)**

Leonard P. Goldberger
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
**(Counsel to Century Indemnity Company)**

Isaac M. Pachulski, Esq.
K. John Shaffer, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
**(Counsel to Liverpool)**

Brad A. Berish, Esquire
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, Illinois 60604
312-435-1050 telephone
312-435-1059 facsimile
**(Counsel to Allstate Insurance Company)**

Jason J. DeJonker
McDermott, Will & Emery
227 W. Monroe St.
Suite 5400
Chicago, IL 60606
**(Counsel for CAN Mart Companies)**

James L. Eggeman, Esq.
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Phone: 202-326-4020 (ext. 6833)
Fax: 202-326-4112
**(Counsel to Pension Benefit Guaranty Corporation)**

ORIGINAL

**File an Appeal:**

02-10429-JKF Kaiser Aluminum Corporation and Asbestos Plaintiffs (Claimants)

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Monaco Jr., Francis A. entered on 2/13/2006 at 3:41 PM EST and filed on 2/13/2006
**Case Name:**       Kaiser Aluminum Corporation and Asbestos Plaintiffs (Claimants)
**Case Number:**     02-10429-JKF
**Document Number:** 8260

**Docket Text:**
Amended Notice of Appeal *Related to D.I. 8008, 8009 and 8240.* (related document(s)[8052], [8134] ) Filed by Law Debenture Trust Company of New York, as Indenture Trustee Appellant Designation due by 2/23/2006. (Attachments: # (1) Certificate of Service)(Monaco Jr., Francis)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\heidi\HEIDI\02 13 06 filings\Amended Notice of Appeal Law Debenture.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/13/2006] [FileNumber=4660001-0]
[4d0014941e5651561ef125339cd8a4a273ad9af6a80cc4674f682776727bd0faad3c
60d45d343cf2a65928ed1df120fc55882d57f52f45bd319538cb1650a6a1]]
**Document description:** Certificate of Service
**Original filename:** F:\heidi\HEIDI\02 13 06 filings\COS Kaiser.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/13/2006] [FileNumber=4660001-1]
[7bc2f7548077cf6a0c699e4939de1fd1ee9e9c9b56ef1a58d9369469059f420b1b5e
c32fd2c5fcbc75b2e906f855b6d3596602c79002a3ce9ac1a1cce41be158]]

**02-10429-JKF Notice will be electronically mailed to:**

Eric B. Abramson       eabramson@serlinglaw.com,

Dallas L. Albaugh      dalbaugh@pryorcashman.com

Julie A. Ardoin        dlawless@murray-lawfirm.com,

David J. Baldwin       bankruptcy@pacdelaware.com

Thomas D.H. Barnett    deecf@drapgold.com,
afkas@drapgold.com;kellyh@drapgold.com;dominettec@drapgold.com;dianas@drapgold.com;ericaw@