# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KAISER ALUMINUM CORPORATION, A<br>DELAWARE CORPORATION, ET AL.,<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Jointly Administered<br>) Case No. 02-10429 (JKF)<br>)<br>) Appeal # 06-01<br>)<br>)<br>) |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF
RECORD ON THE APPEAL FROM (1) THE ORDER AND MEMORANDUM OF
DECISION OVERRULING OBJECTIONS TO PLAN CONFIRMATION BY LAW
DEBENTURE TRUST COMPANY OF NEW YORK AND BY LIVERPOOL
LIMITED PARTNERSHIP AND (2) ORDER GRANTING LAW DEBENTURE
TRUST COMPANY'S MOTION FOR RECONSIDERATION AND OVERRULING
OBJECTION TO PLAN CONFIRMATION [DOCKET NOS. 8008, 8009 AND 8240]**

Pursuant to Fed. R. Bankr. P. 8006, Law Debenture Trust Company of New York

("Appellant" or "LDTC") by and through its undersigned counsel, hereby designates the

following items for inclusion in the record (the "Record on Appeal") and states the issues to be

presented on appeal from the following decisions: (1) the Order and Memorandum of Decision

Overruling Objections to Plan Confirmation by Law Debenture Trust Company of New York

and By Liverpool Limited Partnership (D.I. 8009) and (2) Order Granting Law Debenture Trust

Company's Motion for Reconsideration and Overruling Objection to Plan Confirmation:

### STATEMENT OF ISSUES ON APPEAL

1.      Did the Bankruptcy Court err as a matter of law in broadly construing the
subordination provisions of the 1993 public indenture so as to include guarantees issued by
Kaiser subsidiary companies, ignoring the plain language of the 1993 public indenture?

2.      Did the Bankruptcy Court err as a matter of law in considering extrinsic evidence
to construe the plain language of the 1993 public indenture's subordination provisions?

8261

3. Did the Bankruptcy Court err as a matter of law in broadly construing the subordination provisions of the 1993 public indenture so as to subordinate the fees and expenses of the 1993 Indenture Trustee?

## Designation of Record on Appeal

LDTC designates the following from the Chapter 11 case:

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| 08/16/2004 | 4849 | Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 08/16/2004 | 4850 | Memorandum of Law in Support of Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims (Related to Docket No. 4849) Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 09/03/2004 | 4947 | Complaint for Declaratory Judgment Relief Pursuant to 11 USC § 105(a) and 510(a) and 28 USC § 2201 by U.S. Bank National Association, Ad Hoc Group of Senior Noteholders against Kaiser Aluminum & Chemical Corporation, Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, Alpart Jamaica Inc., Kaiser Finance Corporation, Kaiser Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Texas Sierra Micromills, LLC, Kaiser Bellwood Corporation, Kaiser Transaction Corp., Law Debenture Trust Company of New York |
| 10/08/2004 | 5165 | Response of the Official Committee of Unsecured Creditors to the Motion of Law Debenture Trust Company of New York Pursuant to Bankruptcy Rule 3013 to Determine Classification of Certain 1993 Note Guarantee Claims Filed by Official Committee of Unsecured Creditors |
| 10/08/2004 | 5167 | Response of The Liverpool Limited Partnership to Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by The Liverpool Limited Partnership |
| 10/08/2004 | 5168 | Memorandum of Law of Ad Hoc Group of Senior Noteholders in Opposition to Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by Ad Hoc Group of Senior Noteholders |

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| 10/08/2004 | 5171 | Memorandum of Law in Opposition to Law Debenture Trust Company of New York's Motion to Determine Classification of 1993 Note Guarantee Claims (related document(s) 4849, 4850) Filed by U.S. Bank National Association |
| 10/08/2004 | 5174 | Response of Debtors and Debtors in Possession in Opposition to Law Debenture Trust Company of New York's Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by Kaiser Aluminum Corporation |
| 10/15/2004 | 5208 | Reply of Law Debenture Trust Company of New York to Responses to 3013 Motion Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 10/15/2004 | 5212 | Reply of Debtors and Debtors in Possession to Response of the Liverpool Limited Partnership to Law Debenture Trust Company of New York's Motion to Determine Classification of 1993 Note Guarantee Claims Filed by Kaiser Aluminum Corporation |
| 10/18/2004 | 5221 | Reply of Debtors and Debtors in Possession to the Supplemental Joint Objection of the Official Committee of Asbestos Claimants and the Legal Representative for Future Asbestos Claimants to the Motion of Debtors for an Order Authorizing Them to Enter into Seventh Amendment to Post-Petition Credit Agreement and Pay Related Amendment Fees Filed by Kaiser Aluminum Corporation |
| 10/28/2004 | 5291 | Transcript of Hearing held on October 25, 2004 before the Honorable Judith K. Fitzgerald |
| 11/15/2004 | 5372 | Transcript of Hearing held on November 8, 2004 |
| 12/10/2004 | 5546 | Motion to Consolidate Filed by The Liverpool Limited Partnership |
| 01/03/2005 | 5793 | Transcript of Hearing held on December 20, 2004 |
| 01/07/2005 | 5860 | Response to Liverpool's Motion to Consolidate All Litigation Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/07/2005 | 5863 | Joint Objection to (1) Motion of Liverpool Limited Partnership to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued By Kaiser Aluminum & Chemical Corporation in 1993, 1994 and 1996 Pursuant to Bankruptcy Rule 7042 and Rule 42 of the |

CTDOCS/1651849.2
Document#: 52211

| Date | Docket Nos. | Record Item |
|---|---|---|
| | | Federal Rules of Civil Procedure; or (2) Alternatively, to Intervene in the Above-Captioned Adversary Proceeding Pursuant to Bankruptcy Rule 7024 and Rule 24 of the Federal Rules of Civil Procedure Filed by Ad Hoc Group of Senior Noteholders, U.S. Bank National Association |
| 01/14/2005 | 5938 | Reply to Joint Objection of U.S. Bank and Certain Holders of Senior Notes to Liverpool's Motion to Consolidate All Litigation Concerning Priority of Guarantees Filed by The Liverpool Limited Partnership |
| 10/14/2005 | 5939 | Consolidated Reply to Responses of Law Debenture and the Debtors to Liverpool's Motion to Consolidate Litigation Concerning the Priority of Guarantees of Notes Filed by The Liverpool Limited Partnership |
| 02/03/2005 | 6076 | Transcript of Hearing held on January 24, 2005 |
| 02/25/2005 | 6261 | Amended Chapter 11 Plan Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation Filed by Kaiser Aluminum Corporation |
| 02/25/2005 | 6265 | Amended Chapter 11 Plan Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation Filed by Kaiser Aluminum Corporation |
| 03/15/2005 | 6344 | Pre-Hearing Brief of the Official Committee of Unsecured Creditors in Support of Confirmation of the Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation (Docket No. 6261) and Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation (Docket No. 6265) Filed by Official Committee of Unsecured Creditors |
| 03/15/2005 | 6356 | Brief of Debtors and Debtors in Possession in Support of Confirmation of the (I) Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation and (II) Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation Filed by Kaiser Aluminum Corporation |
| 03/16/2005 | 6361 | Revised/Joint Brief of U. S. Bank National Association, as Indentured Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees Filed by Ad Hoc Group of Senior Noteholders |

-4-

| Date | Docket Nos. | Record Item |
|---|---|---|
| 04/05/2005 | 6497 | Motion to Strike Declarations of John T. La Duc, Theodore D. Sands, Martin Balsam, Paul Steven Greenberg, and Kenneth D. Gartrell, Which Have Been Filed In Support of (I) Brief of Debtors and Debtors In Possession In Support of Confirmation [Docket No. 6356]; and/or (II) Joint Brief of U.S. Bank National Association, As Indenture Trustee, and Certain Holders of Senior Notes In Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees [Docket No. 6355] Filed by The Liverpool Limited Partnership |
| 04/05/2005 | 6502 | Brief of Deutsche Bank Trust Company, N.A., As Successor Trustee, With Respect to the Amended Liquidating Plans Filed by Deutsche Bank Trust Company, N.A. |
| 04/05/2005 | 6504 | Objection of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 04/05/2005 | 6505 | Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 04/05/2005 | 6508 | The Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed By The Subsidiary Guarantors; Responses To Briefs In Support Thereof [Docket Nos. 6344, 6351, 6355, 6356] Filed by The Liverpool Limited Partnership |
| 04/07/2005 | 6535 | Notice of Filing of Modifications to the Third Amended Joint Plans of Liquidation for (I) Kaiser Alumina Australia Corporation and (II) Alpart Jamaica Inc. and Kaiser Jamaica Corporation and Related Trust Distribution |

CTDOCS/1651849.2
Document#: 52211

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| | | Agreements Filed by Kaiser Aluminum Corporation |
| 04/08/2005 | 6546 | Consolidated Reply of the Official Committee of Unsecured Creditors to: 1) Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute (Docket No. 6505); 2) Objections of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, dated February 25, 2005 (Docket No. 6504); and 3) A Portion of the Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed by the Subsidiary Guarantors; Response to Briefs in Support Thereof (Docket No. 6508) Filed by Official Committee of Unsecured Creditors |
| 04/08/2005 | 6550 | Joint Brief of Debtors and Debtors in Possession, U.S. Bank National Association, as Indenture Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees Filed by Ad Hoc Group of Senior Noteholders |
| 04/08/2005 | 6558 | Reply of Debtors and Debtors in Possession to Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) the Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation and (B) the Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and to (II) Proposed Settlement of 7-3/4% SWD Revenue Dispute Filed by Kaiser Aluminum Corporation |
| 04/11/2005 | 6565 | Joint Objection of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes to Liverpool Limited Partnership's Motion to Strike |

CTDOCS/1651849.2
Document#: 52211

| Date | Docket Nos. | Record Item |
|---|---|---|
| | | Declarations of John T. LaDuc, Theodore D. Sands, Martin Balsam, Paul Steven Greenberg, and Kenneth D. Gartrell [D.I. 6497] and Motion to Strike Affidavit of William F. Duhamel [D.I. 6534] Filed by Kaiser Aluminum Corporation |
| 04/25/2005 | 6722 | Transcript Hearing Held 4/13/05 |
| 05/06/2005 | 6759 | Objection to Declarations and Deposition Designations Submitted by the Debtors, U.S. Bank, As Indenture Trustee for the 1996 Notes and the Ad Hoc Group of 1994/96 Noteholders Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 05/10/2005 | 6857 | Transcript Hearing Held 4/27/05 |
| 05/13/2005 | 6790 | Joint Response of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes to Liverpool Limited Partnership's and Law Debenture Trust Company of New York's Objections to Declarations and Deposition Designations Submitted by the Debtors, U.S. Bank, as Indenture Trustee for the 1996 Notes and the Ad Hoc Group of the 1994/96 Noteholders [D.I. 6759] Filed by Kaiser Aluminum Corporation |
| 05/13/2005 | 6791 | Findings of Fact and Conclusions of Law Joint Proposed Submitted by Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee For, the Gramercy Revenue Bonds Filed by Kaiser Aluminum Corporation |
| 05/13/2005 | 6792 | Joint Closing Argument Brief of Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee for, the Gramercy Revenue Bonds in Connection with the Guaranty Subordination Dispute Filed by Kaiser Aluminum Corporation |
| 05/27/2005 | 6845 | Closing Brief of Law Debenture Trust Company of New York and the Liverpool Limited Partnership With Respect to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 |

-7-

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| | | Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 05/27/2005 | 6846 | Joint Proposed Findings of Fact and Conclusion of Law Submitted by Law Debenture Trust Company of New York and Liverpool Limited Partnership With Respect to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 06/03/2005 | 6870 | Joint Brief (Closing) of Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee for, the Gramercy Revenue Bonds in Connection with the Guaranty Subordination Dispute Filed by Kaiser Aluminum Corporation |
| 06/06/2005 | 6872 | Notice of Completion of Briefing Regarding Guaranty Subordination Dispute in Connection with (I) the Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) the Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation [Re: Docket Nos. 6792, 6845, and 6870] Filed by Kaiser Aluminum Corporation |
| 08/02/2005 | 7110 | Transcript of Telephonic Hearing Held 5/2/05 in Pittsburgh |
| 11/22/2005 | 7792 | Motion of the Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) An Order Authorizing Modifications to Their Third Amended Joint Plans of Liquidation and (II) An Order Confirming Their Third Amended Joint Plans of Liquidation Filed by Kaiser Aluminum Corporation |
| 12/05/2005 | 7848 | Limited Objection of The Liverpool Limited Partnership To Motion Of Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica, Inc., And Kaiser Jamaica Corporation For The Entry Of (I) An Order Authorizing |

CTDOCS/1651849.2
Document#: 52211

| Date | Docket Nos. | Record Item |
|---|---|---|
| | | Modifications To Their Third Amended Joint Plans Of Liquidation And (II) An Order Confirming Their Third Amended Joint Plans of Liquidation [Docket No. 7792] Filed by The Liverpool Limited Partnership |
| 12/05/2005 | 7850 | Response to (and Reservation of Rights) as Indenture Trustee for the 10-7/8% Senior Notes to the Motion of the Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) An Order Authorizing Modifications to Their Third Amended Joint Plans of Liquidation and (II) An Order Confirming Their Third Amended Joint Plans of Liquidation Filed by U.S. Bank National Association |
| 12/09/2005 | 7888 | Reply of Debtors and Debtors in Possession to Liverpool Limited Partnership's Limited Objection to Motion of Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) an Order Authorizing Modifications to Their Third Amended Joint Plan of Liquidation and (II) an Order Confirming Their Third Amended Joint Plans of Liquidation Filed by Kaiser Aluminum Corporation |
| 12/19/2005 | 7970 | Notice of Filing of Third Modifications to the Third Amended Joint Plans of Liquidation for (I) Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) Alpart Jamaica Inc. and Kaiser Jamaica Corporation and Related Trust Distribution Agreements Filed by Kaiser Aluminum Corporation |
| 12/20/2005 | 7983 | Order Confirming (I) The Third Amended Joint Plan of Liquidation For Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) The Third Amended Joint Plan of Liquidation For Alpart Jamaica Inc. And Kaiser Jamaica Corporation Signed on 12/20/2005 |
| 12/22/2005 | 8008 | Memorandum Opinion. Signed on 12/22/2005. Modified on 12/22/2005. |
| 12/22/2005 | 8009 | Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership. Order Signed on 12/22/2005. |
| 01/03/2006 | 8049 | Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by Law Debenture Trust Company of New York, as Indenture |

CTDOCS/1651849.2
Document#: 52211

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| | | Trustee |
| 01/03/2006 | 8050 | Memorandum of Law in Support of Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/03/2006 | 8051 | Motion of Law Debenture Trust Company of New York for Reconsideration of Order Overruling Fee Objection Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/03/2006 | 8052 | Notice of Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/06/2006 | 8088 | Response of The Liverpool Limited Partnership in Support of Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by The Liverpool Limited Partnership |
| 01/09/2006 | 8098 | Statement of Deutsche Bank Trust Company, N.A., as Successor Trustee, on Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by Deutsche Bank Trust Company, National Association, as Successor Trustee for the 9-7/8% Notes |
| 01/09/2006 | 8099 | Joint Response to Motion of Law Debenture Trust Company of New York for Reconsideration of Order Overruling Fee Objection by the Debtors and Debtors in Possession, the Official Committee of Unsecured Creditors, Certain Holders of Senior Notes, and Certain Holders of, and the Indenture Trustee for, the 7-3/4% SWD Revenue Bonds Filed by Kaiser Aluminum Corporation |
| 01/09/2006 | 8100 | Objection to Law Debenture Trust Company of New York's Motion for Stay Pending Appeals by the Debtors and Debtors in Possession, U.S. Bank National Association, as Indenture Trustee for 10-7/8% Noteholders, Certain Holders of Senior Notes, Official Committee of Unsecured Creditors and Certain Holders of, and the Indenture Trustee for, the 7-3/4% SWD Revenue Bonds Filed by Kaiser Aluminum Corporation |
| 01/12/2006 | 8134 | Notice of Appeal Filed by The Liverpool Limited Partnership |
| 01/13/2006 | 8135 | Transcript of Hearing held on January 9, 2006 before the Honorable Judith K. Fitzgerald |

CTDOCS/1651849.2
Document#: 52211

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| 02/08/2006 | 8240 | Order Granting Law Debenture Trust Company's Motion for Reconsideration and Overruling Objection to Plan Confirmation |
| 02/13/06 | 8260 | Amended Notice of Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |

LDTC also designates the following exhibits (which are attached hereto) that were admitted in evidence in connection with the hearings held on April 13, 2006 and April 27, 2006:

1.    Indenture dated as of October 28, 1988, between KaiserTech Acquisition and Irving Trust Company, as Trustee.

2.    Indenture dated as of October 28, 1988, between KaiserTech Acquisition and Security Pacific National Trust Company (New York), as Trustee.

3.    First Supplemental Indenture, dated as of October 28, 1988, between the KaiserTech and Irving Trust Company, Trustee.

4.    First Supplemental Indenture, dated as of October 28, 1988, between KaiserTech Acquisition and Security Pacific National Trust Company (New York), Trustee.

5.    Indenture dated December 21, 1989 between Kaiser Aluminum & Chemical Corporation and the Bank of New York, Trustee.

6.    Indenture dated as of February 1, 1993 between Kaiser Aluminum & Chemical Corporation and the First National Bank of Boston, Trustee.

7.    Prospectus dated January 22, 1993.

8.    Indenture dated February 17, 1994 between Kaiser Aluminum & Chemical Corporation and First National Association, Trustee.

9.    Prospectus dated February 10, 1994.

10.    Indenture dated as of October 23, 1996 between Kaiser Aluminum & Chemical Corporation and First Trust National Association, Trustee.

11.    Prospectus dated January 21, 1997.

12.    Indenture dated as of December 23, 1996 between Kaiser Aluminum & Chemical Corporation and First Trust National Association, Trustee.

13.    Prospectus dated December 30, 1996.

-11-

14.    Correspondence dated October 23, 1996.

15.    Correspondence dated December 23, 1996.

16.    Correspondence dated February 17, 1994.

17.    Credit Agreement dated as of December 13, 1989.

18.    Credit Agreement dated as of February 15, 1994.

19.    Deposition of John La Duc.

20.    Deposition of Theodore Sands.

21.    Deposition of Martin Balsam.

22.    Declaration of John La Duc.

23.    Declaration of Theodore Sands.

24.    Declaration of Martin Balsam.

LDTC designates the following from the adversary proceeding entitled: *U.S. Bank National Association, et al. v. Kaiser Aluminum & Chemical Corporation, et al*, Docket No. 04-5515(JKF):

| Date | Docket Nos. | Record Item |
|---|---|---|
| 09/03/2004 | 1 | Complaint for Declaratory Judgment Relief Pursuant to 11 USC § 105(a) and 510(a) and 28 USC § 2201 by U.S. Bank National Association, Ad Hoc Group of Senior Noteholders against Kaiser Aluminum & Chemical Corporation, Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, Alpart Jamaica Inc., Kaiser Finance Corporation, Kaiser Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Texas Sierra Micromills, LLC, Kaiser Bellwood Corporation, Kaiser Transaction Corp., Law Debenture Trust Company of New York. (Declaratory Judgment). |
| 10/08/2004 | 6 | Answer and Affirmative Defenses of the Law Debenture Trust Company of New York Filed by Law Debenture Trust Company of New York |
| 10/08/2004 | 7 | Answer to Complaint Answer of Debtors and Debtors in Possession to Complaint for Declaratory Relief Pursuant |

-12-

| | | |
|---|---|---|
| | | to 11 U.S.C. Section 105 (a), Section 510 (a) and 28 U.S.C. Section 201 |
| 10/11/2004 | 8 | Amended Answer of Debtors and Debtors in Possession to Complaint for Declaratory Relief Pursuant to 11 U.S.C. Section 105 (a), Section 510 (a) and 28 U.S.C. Section 2201 |
| 12/02/2004 | 9 | Law Debenture Trust Company of New York's Motion for Summary Judgment Filed by Law Debenture Trust Company of New York. |
| 12/10/2004 | 10 | Joint Motion of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process for Certain Debtors and Debtors in Possession |
| 12/10/2004 | 14 | Motion to Consolidate |
| 01/07/205 | 24 | Objection to Joint Motion of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process for Certain Debtors and Debtors in Possession (Adversary Docket No. 10) Filed by The Liverpool Limited Partnership |
| 01/07/2005 | 25 | Objection to Joint Motion for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process Filed by Law Debenture Trust Company of New York |
| 01/07/2005 | 26 | Response to Liverpool's Motion to Consolidate All Litigation Filed by Law Debenture Trust Company of New York |
| 01/07/2005 | 27 | Response to Law Debenture Trust Company of New York's Motion for Summary Judgment (Adversary Docket No. 9) Filed by The Liverpool Limited Partnership |
| 01/07/2005 | 28 | Joint Objection to Motion of Law Debenture Trust Company of New York to Set a Briefing Schedule on Cross Motions for Summary Judgment Filed by Ad Hoc Group of Senior Noteholders, U.S. Bank National Association |
| 01/07/2005 | 29 | Response of Debtors and Debtors in Possession to Law Debenture Trust Company of New York's Motion for Summary Judgment Filed by Kaiser Aluminum & |

| | | |
|---|---|---|
| | | Chemical Corporation |
| 01/07/2005 | 30 | Response of Debtors and Debtors in Possession to The Liverpool Limited Partnership's Motion (1) to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued by Kaiser Aluminum & Chemical Corporation in 1993, 1994, and 1996; or (2) Alternatively, to Intervene in the Above-Captioned Adversary Proceeding Filed by Kaiser Aluminum & Chemical Corporation |
| 01/14/2005 | 34 | Reply of Law Debenture Trust Company of New York to Objections to Motion for Summary Judgment Filed by Law Debenture Trust Company of New York |
| 01/14/2005 | 35 | Joint Reply of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes to the Objection of the Liverpool Limited Partnership to Joint Motion to Stay Adversary Proceedings Pending Completion of the Confirmation Process Filed by Kaiser Aluminum & Chemical Corporation |
| 01/14/2005 | 36 | Joint Reply of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes to Law Debenture Trust Company of New York's Objection to Joint Motion to Stay Adversary Proceedings Pending Completion of the Confirmation Process Filed by Kaiser Aluminum & Chemical Corporation |
| 01/14/2005 | 37 | Reply to Joint Objection of U.S. Bank and Certain Holders of Senior Notes to Liverpool's Motion to Consolidate All Litigation Concerning Priority of Guarantees Filed by The Liverpool Limited Partnership |
| 01/14/2005 | 38 | Consolidated Reply to Responses of Law Debenture and the Debtors to Liverpool's Motion to Consolidate Litigation Concerning the Priority of Guarantees of Notes Filed by The Liverpool Limited Partnership |
| 04/20/2005 | 40 | Order Staying Adversary Proceedings Pending Completion of the Confirmation Process For Certain Debtors and Debtors in Possession Order Signed on 4/18/2005. |
| 12/22/2005 | 42 | Order Dismissing Adversary as Moot. Order Signed on 12/22/2005. |

CTDOCS/1651849.2
Document#: 52211

Dated:  February 14, 2006

MONZACK AND MONACO, PA

Francis A. Monaco, Jr. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-812

-and-

LAW DEBENTURE TRUST COMPANY OF
NEW YORK,
Evan D. Flaschen
Gregory W. Nye
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178
Tel.  (860) 240-2700

-15-



Job : 126
Date: 02/17/2006
Time: 8:52:26 AM

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on February 14, 2006 upon:

John M. Donnan, Esq.
c/o Leigh Ann Clifford and Jennifer Kane
Kaiser Aluminum Corporation
27422 Portola Parkway, Ste. 350
Foothill Ranch, CA 92610-2831
E-mail: leigh.clifford@kaiseral.com
E-mail: jennifer.kane@kaiseral.com
**(Debtors)**

Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Nick Bowen, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com
E-mail: dpwinikka@jonesday.com
E-mail: nbowen@jonesday.com
**(Outside Counsel to Debtors)**

Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
E-mail: defranceschi@rlf.com
E-mail: newmarch@rlf.com
**(Delaware Counsel to Debtors)**

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8011
E-mail: efutrell@joneswalker.com
**(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee)**

Lisa Beckerman, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
E-mail: lbeckerman@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

Brian A. Kilmer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana - 44th Fl.
Houston, TX 77002
E-mail: bkilmer@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com
**(Delaware Counsel to Official Committee of Unsecured Creditors)**

Anthony Callaghan, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One River Front Plaza
Newark, NJ 07102
Telephone: (973) 596-4500
E-mail: acallaghan@gibbonslaw.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St. - Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
E-mail: ttacconelli@ferryjoseph.com
        mjoseph@ferryjoseph.com
**(Counsel for U.S. Bank National Association, as Indenture Trustee)**

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335
Facsimile: (612) 642-8335
E-mail: alain.baudry@maslon.com
        clark.whitmore@maslon.com
**(Counsel for U.S. Bank National Association, as Indenture Trustee)**

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
E-mail: kbifferato@cblh.com
        mphillips@cblh.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

George A. Davis, Esq.
Diane Harvey, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: diane.harvey@weil.com
        george.davis@weil.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW - Suite 100
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
E-mail: Chsu@weil.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. - 10th Fl.
Wilmington, DE 19801
Telephone: (302) 888-6811
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: hkaplan@gcd.com
E-mail: mhebbeln@gcd.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Kristin K. Going, Esq.
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005
Telephone: (202) 230-5177
Facsimile: (202) 230-5377
E-mail: kgoing@gcd.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Duane D. Werb, Esq.
Jennifer H. Unhoch, Esq.
Werb & Sullivan
300 Delaware Ave. - 13th Fl.
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: dwerb@werbsullivan.com
        (Co-Counsel for Bear, Stearns & Co., Inc.,
Citadel Equity Fund Ltd. and Citadel Credit
Trading Ltd.)

David J. Baldwin, Esq.
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
(Counsel to Liverpool)

Peter B. Ackerman, Esq.
Coudert Brothers LLP
333 South Hope Street
Los Angeles, CA 90071
(Counsel to London Market Insurers)

Leonard P. Goldberger
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
(Counsel to Century Indemnity Company)

Isaac M. Pachulski, Esq.
K. John Shaffer, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
(Counsel to Liverpool)

Brad A. Berish, Esquire
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, Illinois 60604
312-435-1050 telephone
312-435-1059 facsimile
(Counsel to Allstate Insurance Company)

Jason J. DeJonker
McDermott, Will & Emery
227 W. Monroe St.
Suite 5400
Chicago, IL 60606
(Counsel for CAN Mart Companies)

James L. Eggeman, Esq.
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Phone: 202-326-4020 (ext. 6833)
Fax: 202-326-4112
(Counsel to Pension Benefit Guaranty
Corporation)

Mark T Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801
302-426-1900
Fax : 302-426-9947
Email: cl@camlev.com
**(Counsel to Asbestos Creditors Committee)**

Sharon M Zieg
Donald Brown
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
302-571-6600
Fax : 302-576-3350
Email: bankruptcy@ycst.com
**(Counsel to Asbestos Futures
Representative)**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 fax machine
**(Office of the United States Trustee)**

Richard Chesley
Jones Day
77 West Wacker Drive
Chicago, IL 60601
**(Outside Counsel to Debtors)**

Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
**(Counsel to Silica Future Claimants'
Representative)**

Ronald E. Reinsel
CAPLIN & DRYSDALE
One Thomas Circle. N.W.
Washington, D.C. 20005
(202) 862-5000
(202) 429-3301 (fax)
**(Counsel to Personal Injury Committee)**

Marc S. Casarino
White and Williams LLP
824 N. Market St., Suite 902
PO Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4520
**(Counsel to ACE Insurance Company)**

Evans Wohlforth
David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, New Jersey 07102
**((Co-Counsel for Bear, Stearns & Co., Inc.,
Citadel Equity Fund Ltd. and Citadel
Credit Trading Ltd.)**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 14, 2006

Kristie L. Dalton

Document #: 52144
CTDOCS/1649187.1

4