# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

FREDERICK B. ROSNER
DIRECT DIAL: 302.657.4943
*E-MAIL:* fbrosner@duanemorris.com

*www.duanemorris.com*

March 10, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE  19801

Re:   **In re Kaiser Aluminum Corporation, et al.
        Civil Action No. 06-CV-00088 (JJF)**

Judge Farnan:

I have conducted a pre-mediation call in this bankruptcy appeal and thereafter received letters from the law firms Weil Gotshal & Manges, LLP, counsel for the Ad Hoc Group of Senior Noteholders, and Bingham McCutchen, counsel for Law Debenture Trust Company of New York.  These parties have indicated that they do not believe mediation can be productive at this time for the reasons set forth in their respective letters, copies of which are attached hereto.

Given the position of the parties, I respectfully request that this matter bypass appellate mediation.

I am of course available at the convenience of the Court and will proceed in whatever manner the Court deems appropriate.

Respectfully yours,

Frederick B. Rosner

FBR/lwk
Enclosures
cc:   Counsel Participating in Pre-Mediation Call (via email)

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246          PHONE: 302.657.4900  FAX: 302.657.4901
DM3\347052.1

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

DIANE HARVEY
DIRECT LINE (212) 310-8781
E-MAIL: diane.harvey@weil.com

March 9, 2006

Frederick B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Re: In re: Kaiser Aluminum Corporation, et al.
Civil Action No. 06-CV-00088 (JJF)

Dear Mr. Rosner:

The undersigned is counsel for the Ad Hoc Group of Senior Noteholders in the above-referenced appeal.

The Ad Hoc Group of Senior Noteholders believes that mediation will not be productive at this time, as agreed by the other parties to the appeal. The parties previously mediated the underlying dispute, which mediation was unsuccessful. As confirmed during yesterday's pre-mediation conference call, the parties' positions have not changed since the first mediation and there does not appear to be any realistic prospect for a successful mediation at this stage.

Accordingly, the Ad Hoc Group of Senior Noteholders is ready to proceed with the District Court appellate process. You are hereby authorized to convey this letter to the appropriate District Court authorities.

Sincerely,

*Diane Harvey*

Diane Harvey

NY1:\1380526\01\TL7Y01!.DOC\10096.0003

**BINGHAM McCUTCHEN**

Gregory W. Nye
Direct Phone: (860) 240-2751
Direct Fax:     (860) 240-2800
gregory.nye@bingham.com

March 8, 2006

Frederick B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Re:   In re Kaiser Aluminum Corporation, et al.
      Civil Action No. 1:06-CV-000888-UNA

Dear Mr. Rosner:

The undersigned is counsel for Law Debenture Trust Company of New York ("*Law Debenture*") in the above-referenced appeal.

Law Debenture does not believe that mediation can be productive at this time, as agreed by the other parties to the appeal. The parties previously mediated the underlying dispute, which mediation was entirely unsuccessful. As you confirmed during today's conference call involving all the applicable parties, positions have not changed since the first mediation. There is, therefore, no realistic prospect for a successful mediation at this point in time.

Accordingly, the parties should proceed with the District Court appellate process. You are hereby authorized to convey this letter to the appropriate District Court authorities.

Very truly yours,

Gregory W. Nye

cc:   Counsel Participating in Pre Mediation Conference Call
      Delaware Counsel Listed in Mediator's Letter of February 27, 2006

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington