```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

IN RE:                              :
                                    :
KAISER ALUMINUM CORP, et al.,       :   Bankruptcy Case 02-10429 (JKF)
                                    :
     Debtors.                       :
_____:
LAW DEBENTURE TRUST COMPANY         :
OF NEW YORK,                        :
                                    :
     Appellant,                     :
                                    :
v.                                  :   Civil Action No. 06-088 JJF
                                    :
KAISER ALUMINUM CORP., et al.       :
                                    :
     Appellees.                     :

## O R D E R

   WHEREAS, the Court has received and reviewed the letter from Mediator, Frederick B. Rosner, Esquire, who conducted a pre-mediation call in the above-captioned appeal (D.I. 6);

   WHEREAS, Mr. Rosner requests that this matter bypass appellate mediation, given the parties positions;

   WHEREAS, the Court agrees to waive the mandatory mediation in this case;

   NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

   Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

   Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

   Reply Brief on appeal shall be filed within **ten (10)**

days of receipt of answering brief.

March 20, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE