## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) |
| Appellant, | ) Civil Action No. 06-088 (JJF) |
| v. | ) ) ) |
| KAISER ALUMINUM CORP., et al. | ) ) |
| Appellees. | ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, the Court electronically filed the **Order** **[Docket No. 7]** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

David J. Baldwin
dbaldwin@potteranderson.com

Karen C. Bifferato
kbifferato@cblh.com

Marc Stephen Casarino
casarinom@whiteandwilliams.com

Daniel J. DeFranceschi
defranceschi@rlf.com rbgroup@rlf.com

Mark Thomas Hurford
mhurford@camlev.com

Michael B. Joseph
mjoseph@ch13de.com

Carl N. Kunz, III
ckunz@morrisjames.com

Francis A. Monaco, Jr
fmonaco@monlaw.com

hsasso@monlaw.com;
kdalton@monlaw.com

Duane D. Werb
dwerb@werbsullivan.com

Sharon Matava Zieg
bank@ycst.com szieg@ycst.com

Jason Michael Madron
madron@rlf.com rbgroup@rlf.com

RLF1-2993678-1

I hereby certify that on March 21, 2006, I mailed via the United States Postal Service the **Order [Docket No. 7]** to the following non-registered participants:

| | |
|---|---|
| **William P. Bowden**<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | **David M. Klauder**<br>U S Trustee<br>844 King Street, Lockbox 35<br>Wilmington, DE 19801 |

*/s/ Kimberly D. Newmarch*
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com

RLF1-2993678-1