IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>KAISER ALUMINUM CORP., et al.,<br>　　　　Debtors. | )<br>)<br>)<br>) | Chapter 11<br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JKF) |
| LAW DEBENTURE TRUST COMPANY OF<br>NEW YORK,<br>　　　　Appellant,<br>　　v.<br>KAISER ALUMINUM CORP., et al.,<br>　　　　Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00088 JJF |
| LIVERPOOL LIMITED PARTNERSHIP,<br>　　　　Appellant,<br>　　v.<br>ALPART JAMAICA, INC., et al.,<br>　　　　Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated<br>with 06-00088 JJF) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kate K. Simon, Esq. to represent Law Debenture Trust Company of New York in this matter. The Admittee is admitted, practicing, and in good standing in the States of Connecticut and New York and the United States District Court for the District of Connecticut.

　　　　　　　　　　　　　　　　Francis A. Monaco, Jr., (#2078)
　　　　　　　　　　　　　　　　Monzack and Monaco, PA
　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　(302) 656-8162
　　　　　　　　　　　　　　　　Attorney for Law Debenture Trust Company
　　　　　　　　　　　　　　　　　of New York

Dated: June ___, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

Document#: 55018

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut and New York and the United States District Court for the District of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number of __143878__ .

Date: __6/19/06__            Signed: __Kate K. Simon__
                                     Kate K. Simon (ct23489)
                                     BINGHAM McCUTCHEN LLP
                                     One State Street
                                     Hartford, CT  06103-3178
                                     Tel.    (860) 240-2700

Document#: 55018