IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>KAISER ALUMINUM CORP., et al.,<br>          Debtors. | ) ) ) ) ) | Chapter 11<br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>          Appellant,<br>v.<br>KAISER ALUMINUM CORP., et al.,<br>          Appellees. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-00088 JJF |
| LIVERPOOL LIMITED PARTNERSHIP,<br>          Appellant,<br>v.<br>ALPART JAMAICA, INC., et al.,<br>          Appellees. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated<br>with 06-00088 JJF) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gregory W. Nye, Esquire to represent Law Debenture Trust Company of New York in this matter. The Admittee is admitted, practicing, and in good standing in the State of Connecticut, the United States District Court for the Northern and Southern Districts of New York and the United States Court of Appeals for the Second Circuit.

                                           Francis A. Monaco, Jr., (#2078)
                                           Monzack and Monaco, PA
                                           1201 N. Orange Street, Suite 400
                                           Wilmington, DE 19801
                                           (302) 656-8162
                                           Attorney for Law Debenture Trust Company
                                           of New York

Dated: June 21, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____     _____
                                                   United States District Judge

Document#: 55020

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Connecticut and the United States Court of Appeals for the First, Second and Third Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number of __143878__.

Date: __6/20/06__    Signed: _____
Gregory W. Nye, Esquire
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel.  (860) 240-2700

Document#: 55020