## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KAISER ALUMINUM CORP., et al., | ) | Jointly Administered |
| Debtors. | ) | Bankruptcy Case No. 02-10429 |
| | ) | (JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) | |
| Appellant, | ) ) | |
| | ) | Civil Action No. 06-00088 JJF |
| v. | ) ) | |
| KAISER ALUMINUM CORP., et al., | ) ) | |
| Appellees. | ) ) ) | |
| LIVERPOOL LIMITED PARTNERSHIP, | ) ) | |
| Appellant, | ) ) | Civil Action No. 06-00160 JJF |
| v. | ) ) ) | (Administratively Consolidated with 06-00088 JJF) |
| ALPART JAMAICA, INC., et al., | ) ) | |
| Appellees. | ) ) | |

### REQUEST FOR ORAL ARGUMENT OF APPELLANTS LAW DEBENTURE TRUST COMPANY OF NEW YORK AND LIVERPOOL LIMITED PARTNERSHIP

Appellants, Law Debenture Trust Company of New York and Liverpool Limited Partnership ("Appellants"), by and through their respective undersigned attorneys, hereby request oral argument in connection with the above-referenced appeals, which have been administratively consolidated. Appellants believe oral argument will be helpful to the Court in its consideration of this matter and that oral argument is appropriate under Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 7.1.4 of the Local Rules for the United States District Court for the District of Delaware.

Dated June 22, 2006

MONZACK AND MONACO, P.A.

*[signature: Francis A. Monaco]*

Francis A. Monaco (#2078)
Joseph J. Bodnar (#2512)
P.O. Box 2031
1201 North Orange Street, Suite 400
Wilmington, DE 19899-2031
Tel.   (302) 656-8162

and

BINGHAM McCUTCHEN LLP
Evan D. Flaschen (ct10660)
Gregory W. Nye (ct06028)
William C. Heuer (ct24946)
Kate K. Simon (ct23489)
One State Street
Hartford, CT 06103-3178
Tel.   (860) 240-2700

*Counsel to Law Debenture Trust Company of New York*

POTTER ANDERSON & CORROON LLP

*[signature: David J. Baldwin]*

David J. Baldwin (ID No. 1010)
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

and

STUTMAN, TREISTER & GLATT, P.C.
Isaac M. Pachulski
K. John Shaffer
1901 Avenue of the Stars, 12th floor
Los Angeles, California 90067
Telephone: (301) 228-5600
Facsimile: (301) 228-5788

*Counsel to Liverpool Limited Partnership*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KAISER ALUMINUM CORP., et al., | ) Jointly Administered |
| | ) Bankruptcy Case No. 02-10429 |
| Debtors. | ) (JKF) |
| | ) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) |
| | ) |
| Appellant, | ) Civil Action No. 06-00088 JJF |
| | ) |
| v. | ) |
| | ) |
| KAISER ALUMINUM CORP., et al., | ) |
| | ) |
| Appellees. | ) |
| LIVERPOOL LIMITED PARTNERSHIP, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civil Action No. 06-00160 JJF |
| | ) (Administratively Consolidated with 06-88 JJF) |
| ALPART JAMAICA, INC., KAISER JAMAICA CORPORATION, KAISER ALUMINA AUSTRALIA CORPORATION, AND KAISER FINANCE CORPORATION | ) |
| | ) |
| Appellees. | ) |

## CERTIFICATE OF SERVICE

    I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on June 22, 2006 upon the following parties via electronic mail and Hand Delivery or US Mail:

| | |
|---|---|
| Isaac M. Pachulki<br>K. John Shaffer<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067 | Karen C. Bifferato<br>Marc J. Phillips (#4445)<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street |

Document #: 54344

| | |
|---|---|
| Telephone: (310) 228-5600<br>Facsimilie: (310) 228-5788<br>E-mail: kjshaffer@Stutman.com<br><br>David J. Baldwin (# 1010)<br>Rebecca S. Beste<br>Potter Anderson & Corroon LLP<br>1313 N. Market St. Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel. (302) 984-6067<br>Facsimile: (302) 658-1192<br><br>Gregory M. Gordon<br>Daniel P. Winikka<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-mail:  gmgordon@jonesday.com<br>E-mail:  dpwinikka@jonesday.com<br><br>Daniel J. DeFranceschi<br>Kimberly D. Newmarch<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>E-mail:  defranceschi@rlf.com<br>E-mail:  newmarch@rlf.com<br><br>George A. Davis<br>Diane Harvey<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>E-mail:  diane.harvey@weil.com<br>george.davis@weil.com<br><br>Clark T. Whitmore<br>Alain M. Baudry<br>Christina A. Smith<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-4140<br><br>Michael B. Joseph<br>Theodore J. Tacconelli<br>Ferry, Joseph & Pearce, P.A. | Wilmington, DE  19801<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-5614<br>E-mail:  kbifferato@cblh.com<br><br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5496<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail: dcrapo@gibbonslaw.com<br><br>Duane D. Werb,<br>Jennifer H. Unhoch<br>Werb & Sullivan<br>300 Delaware Ave. - 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE  19899<br>Telephone:  (302) 652-1100<br>Facsimile:  (302) 652-1111<br><br>Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive - Suite 3700<br>Chicago, IL  60606-1698<br>Telephone:  (312) 569-1000<br>Facsimile:  (312) 569-3000<br>E-mail:  hkaplan@gcd.com<br>E-mail:  mhebbeln@gcd.com<br><br>Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. - 10th Fl.<br>Wilmington, DE  19801<br>Telephone:  (302) 888-6811<br>Facsimile:  (302) 571-1750<br>E-mail:  ckunz@morrisjames.com<br><br>Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA  70170<br>Telephone:  (504) 582-8000<br>Facsimile:  (504) 582-8011<br>E-mail:  efutrell@joneswalker.com<br><br>    David M. Klauder |

| | |
|---|---|
| ```
824 Market St. - Suite 904
Wilmington, DE  19899
Telephone:  (302) 575-1555
Facsimile:  (302) 575-1714
E-mail:  ttacconelli@ferryjoseph.com
         mjoseph@ferryjoseph.com
```<br><br>Mark T Hurford<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801<br>302-426-1900<br>Fax : 302-426-9947<br>Email: mhurford@camlev.com<br><br>Sharon M Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br><br><br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>E-mail:  wbowden@ashby-geddes.com<br><br>Marc Stephen Casarino, Esq.<br>White & Williams LLP<br>824 Market Street, Ste. 902<br>Wilmington, DE 19801<br>casarinom@whiteandwilliams.com |

Under penalty of perjury, I declare that the foregoing is true and correct.

                                                 __/s/ Heidi E. Sasso_____

Dated:  June 22, 2006                Heidi E. Sasso

```
Document #: 54344
```