IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KAISER ALUMINUM CORP., et al., | ) | Jointly Administered |
| Debtors. | ) | Bankruptcy Case No. 02- |
| | ) | 10429 (JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00088 JJF |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | |
| Appellees. | ) | |
| LIVERPOOL LIMITED PARTNERSHIP, | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 06-00160 JJF |
| v. | ) | (Administratively Consolidated with 06-00088 JJF) |
| ALPART JAMAICA, INC., et al., | ) | |
| Appellees. | ) | |

**NOTICE OF PAPER FILING OF COMMENTARIES ON MODEL
DEBENTURE INDENTURE PROVISIONS**

Please take notice that on June 22, 2006, Appellant Law Debenture Trust Company of New York ("LDTC"), by and through its undersigned counsel, has filed a paper copy of the Commentaries on Model Debenture Indenture Provisions (the "Commentaries"), which are cited extensively through the Brief of Appellant LDTC, dated May 3, 2006 [Docket No. 10] and LDTC's Reply Brief dated June 22, 2006. LDTC has filed a paper copy of the Commentaries in the event there is not a copy in the Court's library.

Dated: June 21, 2006            MONZACK AND MONACO, P.A.

                                                */s/*
                                Francis A. Monaco, Jr., Esq. (#2078)
                                Joseph J. Bodnar, Esq. (#2512)
                                1201 Orange Street, Ste. 400
                                Wilmington, DE 19801
                                (302) 656-8162

Document #: 55250

-and-

Evan D. Flaschen (ct10660)
Gregory W. Nye (ct06028)
Kate K. Simon (ct23489)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2700

Document #: 55250

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**KAISER ALUMINUM CORP., et al.,**<br><br>Debtors. | Chapter 11<br><br>Jointly Administered<br>Bankruptcy Case No. 02-10429 (JKF) |
| **LAW DEBENTURE TRUST COMPANY OF NEW YORK,**<br><br>Appellant,<br><br>v.<br><br>**KAISER ALUMINUM CORP., et al.,**<br><br>Appellees. | Civil Action No. 06-00088 JJF |
| **LIVERPOOL LIMITED PARTNERSHIP,**<br><br>Appellant,<br><br>v.<br><br>**ALPART JAMAICA, INC., KAISER JAMAICA CORPORATION, KAISER ALUMINA AUSTRALIA CORPORATION, AND KAISER FINANCE CORPORATION**<br><br>Appellees. | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated with 06-88 JJF) |

## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on June 22, 2006 upon the following parties via electronic mail and Hand Delivery or US Mail:

| | |
|---|---|
| Isaac M. Pachulki<br>K. John Shaffer<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067 | Karen C. Bifferato<br>Marc J. Phillips (#4445)<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street |

Document #: 54344

| | |
|---|---|
| Telephone: (310) 228-5600<br>Facsimilie: (310) 228-5788<br>E-mail: kjshaffer@Stutman.com<br><br>David J. Baldwin (# 1010)<br>Rebecca S. Beste<br>Potter Anderson & Corroon LLP<br>1313 N. Market St. Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel. (302) 984-6067<br>Facsimile: (302) 658-1192<br><br>Gregory M. Gordon<br>Daniel P. Winikka<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-mail: gmgordon@jonesday.com<br>E-mail: dpwinikka@jonesday.com<br><br>Daniel J. DeFranceschi<br>Kimberly D. Newmarch<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br><br>George A. Davis<br>Diane Harvey<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>    george.davis@weil.com<br><br>Clark T. Whitmore<br>Alain M. Baudry<br>Christina A. Smith<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br><br>Michael B. Joseph<br>Theodore J. Tacconelli<br>Ferry, Joseph & Pearce, P.A. | Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: kbifferato@cblh.com<br><br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5496<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail: dcrapo@gibbonslaw.com<br><br>Duane D. Werb,<br>Jennifer H. Unhoch<br>Werb & Sullivan<br>300 Delaware Ave. - 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br><br>Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive - Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-mail: mhebbeln@gcd.com<br><br>Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. - 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br><br>Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8011<br>E-mail: efutrell@joneswalker.com<br><br>   David M. Klauder |

Document #: 54344

| | |
|---|---|
| ```
824 Market St. - Suite 904
Wilmington, DE  19899
Telephone:  (302) 575-1555
Facsimile:  (302) 575-1714
E-mail:  ttacconelli@ferryjoseph.com
         mjoseph@ferryjoseph.com
```<br><br>Mark T Hurford<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801<br>302-426-1900<br>Fax : 302-426-9947<br>Email: mhurford@camlev.com<br><br>Sharon M Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br><br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>E-mail:  wbowden@ashby-geddes.com<br><br>Marc Stephen Casarino, Esq.<br>White & Williams LLP<br>824 Market Street, Ste. 902<br>Wilmington, DE 19801<br>casarinom@whiteandwilliams.com |

Under penalty of perjury, I declare that the foregoing is true and correct.

                                              __/s/ Heidi E. Sasso_____

Dated:  June 22, 2006                    Heidi E. Sasso

```
Document #: 54344
```