IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KAISER ALUMINUM CORP., *et al.*, | ) | Jointly Administered |
| Debtors. | ) | Bankruptcy Case No. 02-10429 |
| | ) | (JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 06-00088 JJF |
| KAISER ALUMINUM CORP., *et al.*, | ) | |
| Appellees. | ) | |
| THE LIVERPOOL LIMITED PARTNERSHIP, | ) | |
| Appellant, | ) | Civil Action No. 06-00160 JJF |
| v. | ) | (Administratively Consolidated with 06-00088 JJF) |
| ALPART JAMAICA, INC., *et al.*, | ) | |
| Appellees. | ) | |

## NOTICE OF GRANTING OF PRO HAC VICE ADMISSION

PLEASE TAKE NOTICE that Isaac M. Pachulski, K. John Shaffer, and Gina M. Najolia were admitted pro hac vice by the bankruptcy court below, in the matter appealed from. A copy of the Order of the United States Bankruptcy Court for the District of Delaware (D.I. 5323) is attached hereto.

POTTER ANDERSON & CORROON LLP

*/s/ David J. Baldwin*

David J. Baldwin (DE Bar No. 1010)
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys For The Liverpool Limited Partnership*

Dated: July 20, 2006
741680

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re ) CHAPTER 11
)
KAISER ALUMINUM CORPORATION, et )
al., )
) Case No. 02-10429 (JKF)
Debtors. )
)
) Jointly Administered
)

~~MOTION AND~~ ORDER FOR ADMISSION OF ISAAC M. PACHULSKI, K. JOHN SHAFFER, AND GINA M. NAJOLIA *PRO HAC VICE*

David J. Baldwin, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Isaac M. Paculski, K. John Shaffer, and Gina M. Najolia to represent Liverpool Limited Partnership ("Liverpool") in this action. The Admittees are admitted, practicing, and in good standing in California.

Dated: Oct 21, 2004
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By /s/ David J. Baldwin
David J. Baldwin (ID No. 1010)
Laurie Selber Silverstein (ID No. 2396)
1313 North Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

ATTORNEYS FOR THE LIVERPOOL LIMITED PARTNERSHIP

365923v4

5323

## CERTIFICATION OF ISAAC M. PACHULSKI

I, Isaac M. Pachulski, certify that I am eligible for admission pro hac vice to this Court, am admitted to practice and am in good standing in California, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Isaac M. Pachulski (Cal. Bar No. 62337)
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

## CERTIFICATION OF K. JOHN SHAFFER

I, K. John Shaffer, certify that I am eligible for admission pro hac vice to this Court, am admitted to practice and am in good standing in California, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

K. John Shaffer (Cal. Bar No. 153729)
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

365923v2

## CERTIFICATION OF GINA M. NAJOLIA

I, Gina M. Najolia, certify that I am eligible for admission pro hac vice to this Court, am admitted to practice and am in good standing in California, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

                                                                     */s/ Gina M. Najolia*
Gina M. Najolia (Cal. Bar No. 222067)
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Motion granted.

BY THE COURT:

Date: October 28, 2004

*/s/ Judith K. Fitzgerald*
JUDGE JUDITH K. FITZGERALD
United States Bankruptcy Judge

365923v2

## CERTIFICATE OF SERVICE

I, David J, Baldwin, hereby certify that I am not less than 18 years of age, and that on this 20th day of July, 2006, I caused to be served a copy of the foregoing **Notice of Granting of Pro Hac Vice Admission** to delivered to the following parties on the attached Service List via First Class U. S Mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

David J, Baldwin

## SERVICE LIST

Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Nick Bowen, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com
E-mail: dpwinikka@jonesday.com
E-mail: nbowen@jonesday.com
**(Debtors' Counsel)**

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent, Carrère &
Denègre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8011
E-mail: efutrell@joneswalker.com
**(Counsel for J.P. Morgan Trust Company,
National Association, Successor to Bank One
Trust Company, N.A., as Indenture Trustee)**

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St. - Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
E-mail: ttacconelli@ferryjoseph.com
        mjoseph@ferryjoseph.com
**(Counsel for U.S. Bank National
Association, as Indenture Trustee)**

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335
Facsimile: (612) 642-8335
E-mail: alain.baudry@maslon.com
        clark.whitmore@maslon.com
**(Counsel for U.S. Bank National Association, as
Indenture Trustee)**

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
E-mail: kbifferato@cblh.com
        mphillips@cblh.com
**(Counsel for Ad Hoc Group of Senior Note
Holders)**

George A. Davis, Esq.
Diane Harvey, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: diane.harvey@weil.com
        george.davis@weil.com
**(Counsel for Ad Hoc Group of Senior Note
Holders)**

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: hkaplan@gcd.com
E-mail: mhebbeln@gcd.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Ave. - 13th Fl.
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: dwerb@werbsullivan.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Mark T. Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
E-mail: mth@camlev.com
**(Counsel to Asbestos Creditors Committee)**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497
E-mail: david.klauder@usdoj.gov
**(Office of the United States Trustee)**

Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. - 10th Fl.
Wilmington, DE 19801
Telephone: (302) 888-6811
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Francis A. Monaco
Joseph J. Bodnar
Monzack And Monaco, P.A.
P.O. Box 2031
1201 North Orange Street, Suite 400
Wilmington, DE 19899-2031
Telephone: (302) 656-8162
E-mail: fmonaco@monlaw.com
**(Counsel to Law Debenture Trust Company of New York)**

Sharon M. Zieg
Donald Brown
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 576-3350
E-mail: szieg@ycst.com
**(Counsel to Asbestos Futures Representative)**

Evans Wohlforth
David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
E-mail: Ewohlforth@gibbonslaw.com
      Dcrapo@gibbonslaw.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. And Citadel Credit Trading Ltd.)**

| | |
|---|---|
| Marc S. Casarino<br>White & Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>E-mail: casarinom@whiteandwilliams.com<br>**(Counsel to ACE Insurance Company)** | William P. Bowden<br>Ashby & Geddes<br>P.O. Box 1150<br>222 Delaware Avenue<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>E-mail: wbowden@ashby-geddes.com<br>**(Counsel to the Official Committee of Unsecured Creditors)** |
| Lisa Beckerman, Esq.<br>Akin Gump Strauss Hauer & Feld, L.L.P.<br>590 Madison Avenue<br>New York, NY 10022<br>Facsimile No.: 212-872-1002<br>lbeckerman@akingump.com<br>**(Counsel to the Official Committee of Unsecured Creditors)** | Brian A. Kilmer, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201-4675<br>Facsimile No.: 214-969-4343<br>bkilmer@akingump.com<br>**(Counsel to the Official Committee of Unsecured Creditors)** |
| Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19801<br>defranceschi@rlf.com<br>newmarch@rlf.com<br>**(Counsel to the Debtors)** | |

741939

3