George A. Davis, Esq. (GD 2761)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORP., *et al.,*<br><br>                      Debtors. | Chapter 11<br><br>Case No. 02-10429 (JFK)<br><br>Jointly Administered |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>                      Appellant,<br><br>      v.<br><br>KAISER ALUMINUM CORP., *et al.,*<br>                      Appellees. | 06-00088 (JJF) |
| THE LIVERPOOL LIMITED PARTNERSHIP,<br>                      Appellant,<br><br>      v.<br><br>ALPART JAMAICA, INC., *et. al.,*<br>                      Appellees. | 06-00088 (JJF) |

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that, effective immediately, the addresses and law firm

USActive 8204433.1

affiliation of the below-noted attorney has changed. The new addresses and other contact information are as follows:

>George A. Davis, Esq. (GD 2761)
>CADWALADER, WICKERSHAM & TAFT LLP
>One World Financial Center
>New York, New York 10281
>Telephone: (212) 504-6797
>Facsimile: (212) 504-6666
>Email: george.davis@cwt.com

Dated:   New York, New York
         April /2, 2007

By: _____
George A. Davis, Esq. (GD 2761)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Attorneys for Ad Hoc Group of Senior Note Holders

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 12th day of April, 2007, I caused a copy of the **Notice of Change of Address** to be served as indicated upon the following parties:


Marc J. Phillips (No. 4445)

| | |
|---|---|
| *Via Hand Delivery*<br>Francis A. Monaco, Jr., Esq.<br>Joseph J. Bodnar, Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Ste. 400<br>Wilmington, DE 19801 | *Via Hand Delivery*<br>Daniel J. DeFranceschi, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Wilmington, DE 19801 |
| *Via First Class U.S. Mail*<br>Issac M. Pachulski, Esq.<br>K. John Shaffer, Esq.<br>Stutman, Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | *Via First Class U.S. Mail*<br>David F. Herr, Esq.<br>Clark T. Whitmore, Esq.<br>Alain M. Baudry, Esq.<br>Christina A. Smith, Esq.<br>Maslon, Edelman, Borman & Brand<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140 |
| *Via Hand Delivery*<br>David J. Baldwin, Esq.<br>Rebecca S. Beste, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Fl.<br>Wilmington, DE 19801 | *Via First Class U.S. Mail*<br>David N. Crapo, Esq.<br>Brian McMahon, Esq.<br>Anthony Callaghan, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 |
| *Via First Class U.S. Mail*<br>Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive, Ste. 3700<br>Chicago, IL 60606-1698 | *Via Hand Delivery*<br>Carl N. Kunz, III, Esq.<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 |

| | |
|---|---|
| *Via First Class U.S. Mail*<br>Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent,<br>Carrere & Denegre, L.L.P.<br>201 St. Charles Avenue<br>New Orleans, LA 70170 | *Via Hand Delivery*<br>David M. Klauder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Bldg.<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| *Via Hand Delivery*<br>Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 King Street, Ste. 300<br>Wilmington, DE 19801 | *Via Hand Delivery*<br>Sharon M. Zieg, Esq.<br>Donald Brown, Esq.<br>Young Conaway Stargatt & Taylor<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801 |
| *Via Hand Delivery*<br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | *Via Hand Delivery*<br>Marc Stephen Casarino, Esq.<br>White & Williams LLP<br>824 Market Street, Ste. 902<br>Wilmington, DE 19801 |
| *Via First Class U.S. Mail*<br>George A. Davis, Esq.<br>Diane Harvey, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Via First Class U.S. Mail*<br>Kristin K. Going, Esq.<br>Gardner Carton & Douglas LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005 |
| *Via Hand Delivery*<br>Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, PA<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19899 | |

532801