# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>KAISER ALUMINUM CORP., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br>Case No. 02-10429 (JFK) |
| LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK,<br><br>　　　　　　　Appellant,<br>v.<br><br>KAISER ALUMINUM CORP., et al.,<br><br>　　　　　　　Appellees. | Case No. 06-00088 (JJF) |
| THE LIVERPOOL LIMITED PARTNERSHIP,<br><br>　　　　　　　Appellant,<br>v.<br><br>ALPART JAMAICA, INC., et al.,<br><br>　　　　　　　Appellees. | Case No. 06-00160<br>(Administratively Consolidated<br>with 06-00088) |

## NOTICE OF CHANGE OF ADDRESS

　　　PLEASE TAKE NOTICE that, effectively immediately, the address and law firm affiliation of the attorneys noted below has changed. The new address and contact information is:

Evan D. Flaschen
Gregory W. Nye
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 760-6789
Email: evan.flaschen@bgllp.com
　　　　gregory.nye@bgllp.com

Dated: May 2, 2007　　　　　　　　　　By: /s/ Evan D. Flaschen
　　　　　　　　　　　　　　　　　　　　　Evan D. Flaschen
　　　　　　　　　　　　　　　　　　　　　Gregory W. Nye
　　　　　　　　　　　　　　　　　　　　　BRACEWELL & GIULIANI LLP
　　　　　　　　　　　　　　　　　　　　　Goodwin Square
　　　　　　　　　　　　　　　　　　　　　225 Asylum Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　　　Attorneys to Law Debenture
　　　　　　　　　　　　　　　　　　　　　Trust Company of New York

## **CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on May 2, 2007, upon the parties listed on the attached Schedule A, via electronic mail and/or Hand Delivery or US Mail:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 2, 2007                          /s/Heidi E. Sasso
                                            NAME

**SCHEDULE A**

| | |
|---|---|
| Isaac M. Pachulki<br>K. John Shaffer<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimilie: (310) 228-5788<br>E-mail: kjshaffer@Stutman.com<br><br>David J. Baldwin (# 1010)<br>Potter Anderson & Corroon LLP<br>1313 N. Market St. Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel. (302) 984-6067<br>Facsimile: (302) 658-1192<br><br>Gregory M. Gordon<br>Daniel P. Winikka<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-mail: gmgordon@jonesday.com<br>E-mail: dpwinikka@jonesday.com<br><br>Daniel J. DeFranceschi<br>Kimberly D. Newmarch<br>Richards, Layton & Finger, PA<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br><br>George A. Davis<br>Diane Harvey<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>          george.davis@weil.com | Karen C. Bifferato<br>Marc J. Phillips (#4445)<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: kbifferato@cblh.com<br><br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5496<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail: dcrapo@gibbonslaw.com<br><br>Duane D. Werb,<br>Jennifer H. Unhoch<br>Werb & Sullivan<br>300 Delaware Ave. - 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br><br>Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive - Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-mail: mhebbeln@gcd.com<br><br>Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. - 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com |

| | |
|---|---|
| Clark T. Whitmore<br>Alain M. Baudry<br>Christina A. Smith<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-4140<br><br>Michael B. Joseph<br>Theodore J. Tacconelli<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St. - Suite 904<br>Wilmington, DE  19899<br>Telephone:  (302) 575-1555<br>Facsimile:  (302) 575-1714<br>E-mail:  ttacconelli@ferryjoseph.com<br>          mjoseph@ferryjoseph.com<br><br>Mark T Hurford<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801<br>302-426-1900<br>Fax : 302-426-9947<br>Email: mhurford@camlev.com<br><br>Sharon M Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA  70170<br>Telephone:  (504) 582-8000<br>Facsimile:  (504) 582-8011<br>E-mail:  efutrell@joneswalker.com<br><br>David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br><br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>E-mail:  wbowden@ashby-geddes.com<br><br>Marc Stephen Casarino, Esq.<br>White & Williams LLP<br>824 Market Street, Ste. 902<br>Wilmington, DE 19801<br>casarinom@whiteandwilliams.com<br><br>Rebecca S. Beste, Esquire<br>Dalton & Associates PA<br>Cool Spring Meeting House<br>1106 West Tenth Street<br>Wilmington, DE 19806 |