IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>KAISER ALUMINUM CORP., *et al.*,<br>　　　　Debtors. | Chapter 11<br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>　　　　Appellant,<br>　　v.<br>KAISER ALUMINUM CORP., *et al.*,<br>　　　　Appellees. | Civil Action No. 06-00088 JJF |
| THE LIVERPOOL LIMITED PARTNERSHIP,<br>　　　　Appellant,<br>　　v.<br>ALPART JAMAICA, INC., *et al.*,<br>　　　　Appellees. | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated with 06-00088 JJF) |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that:

　　David J. Baldwin
　　Potter Anderson & Corroon LLP
　　1313 North Market Street
　　P.O. Box 951
　　Wilmington, Delaware 19899

is hereby substituted as Lead Counsel of record for Liverpool Limited Partnership in the above-captioned cases. Please withdraw the appearance of:

　　Rebecca S. Beste
　　Dalton & Associates P.A.
　　Cool Spring Meeting House
　　1106 West Tenth Street
　　Wilmington, Delaware 19806

                                                POTTER ANDERSON & CORROON LLP

                                                */s/ David J. Baldwin*

                                                David J. Baldwin (No. 1010)
                                                1313 North Market Street
                                                P.O. Box 951
                                                Wilmington, Delaware 19899
                                                Telephone: (302) 984-6000

                                                Counsel to Liverpool Limited Partnership

Dated: June 7, 2007

800051

## CERTIFICATE OF SERVICE

        I, David J. Baldwin, hereby certify that I am not less than 18 years of age, and that on this 7th day of June 2007, I caused to be served a copy of the foregoing **Substitution of Counsel** to delivered to the following via Electronic Mail.

Edward F. Houff, Esq.
c/o Lynn Stewart & Tammy Nero
Kaiser Aluminum Corporation
5847 San Felipe - Suite 2400
Houston, TX 77057
E-mail: lynn.stewart@kaiseral.com
E-mail: tammy.nero@kaiseral.com
**(Debtors)**

Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Nick Bowen, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com
E-mail: dpwinikka@jonesday.com
E-mail: nbowen@jonesday.com
**(Debtors' Counsel)**

Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
E-mail: defranceschi@rlf.com
E-mail: newmarch@rlf.com
**(Debtors' Delaware Counsel)**

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8011
E-mail: efutrell@joneswalker.com
**(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee)**

Lisa Beckerman, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
E-mail: lbeckerman@akingump.com
**(Counsel to Official Committee of Unsecured Creditors)**

Brian A. Kilmer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana - 44th Fl.
Houston, TX 77002
E-mail: bkilmer@akingump.com
**(Outside Counsel to Official Committee of Unsecured Creditors)**

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com
**(Delaware Counsel to Official Committee of Unsecured Creditors)**

Anthony Callaghan, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One River Front Plaza
Newark, NJ 07102
Telephone: (973) 596-4500
E-mail: acallaghan@gibbonslaw.com
**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.)**

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St. - Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
E-mail: ttacconelli@ferryjoseph.com
         mjoseph@ferryjoseph.com
**(Counsel for U.S. Bank National Association, as Indenture Trustee)**

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8335
Facsimile: (612) 642-8335
E-mail: alain.baudry@maslon.com
         clark.whitmore@maslon.com
**(Counsel for U.S. Bank National Association, as Indenture Trustee)**

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
E-mail: kbifferato@cblh.com
         mphillips@cblh.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

George A. Davis, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
E-mail: george.davis@cwt.com
**(Counsel for Ad Hoc Group of Senior Note Holders)**

Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. - 10th Fl.
Wilmington, DE 19801
Telephone: (302) 888-6811
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: hkaplan@gcd.com
E-mail: mhebbeln@gcd.com
**(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes)**

Brad A. Berish, Esquire
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, Illinois 60604
Telephone: (312) 435-1050
Facsimile: (312) 435-1059
E-mail: bberish@ag-ltd.com
**(Counsel to Allstate Insurance Company)**

Evan D. Flaschen
Gregory W. Nye
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: 860-760-6789
E-mail: evan.flaschen@bgllp.com
gregory.nye@bgllp.com
**(Counsel to Law Debenture Trust Company of New York)**

Peter B. Ackerman, Esquire
Duane Morris LLP
633 West 5th Street
Suite 4600
Los Angeles, CA 90071
E-mail: packerman@duanemorris.com
**(Counsel to London Market Insurers)**

Leonard P. Goldberger
White And Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
E-mail: lgoldberger@whiteandwilliams.com
**(Counsel to Century Indemnity Company)**

Mark T. Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
E-mail: mth@camlev.com
**(Counsel to Asbestos Creditors Committee)**

Francis A. Monaco
Joseph J. Bodnar
Monzack And Monaco, P.A.
P.O. Box 2031
1201 North Orange Street, Suite 400
Wilmington, DE 19899-2031
Telephone: (302) 656-8162
E-mail: fmonaco@monlaw.com
**(Counsel to Law Debenture Trust Company of New York)**

Jason J. DeJonker
McDermott, Will & Emery
227 W. Monroe St.
Suite 5400
Chicago, IL 60606
E-mail: jdejonker@mwe.com
**(Counsel for CAN Mart Companies)**

James L. Eggerman, Esq.
Pension Benefit Guaranty Corporation
Office of General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Telephone: (202) 326-4020
Facsimile: (202) 326-4112
E-mail: eggeman.james@pbgc.gov
**(Counsel to Pension Benefit Guaranty Corporation)**

Sharon M. Zieg
Donald Brown
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 576-3350
E-mail: szieg@ycst.com
**(Counsel to Asbestos Futures Representative)**

| | |
|---|---|
| David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>E-mail: david.klauder@usdoj.gov<br>**(Office of the United States Trustee)** | Richard Chesley<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601<br>E-mail: rchesley@jonesday.com<br>**(Debtors' Counsel)** |
| Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br>E-mail: d'apice@sbep-law.com<br>**(Counsel to Slilica Future Claimants Representative)** | Ronald E. Reinsel<br>Caplin & Drysdale<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>E-mail: rer@capdale.com<br>**(Counsel to Personal Injury Committee)** |
| Marc S. Casarino<br>White & Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>E-mail: casarinom@whiteandwilliams.com<br>**(Counsel to ACE Insurance Company)** | Evans Wohlforth<br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102<br>E-mail: Ewohlforth@gibbonslaw.com<br>       Dcrapo@gibbonslaw.com<br>**(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. And Citadel Credit Trading Ltd.)** |

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
David J. Baldwin

800250