IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>KAISER ALUMINUM CORP., et al.,<br>    Debtors. | )<br>)<br>)<br>) | Chapter 11<br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>    Appellant,<br>  v.<br>KAISER ALUMINUM CORP., et al.,<br>    Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00088 JJF |
| LIVERPOOL LIMITED PARTNERSHIP,<br>    Appellant,<br>  v.<br>ALPART JAMAICA, INC., et al.,<br>    Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated with 06-00088 JJF) |

**WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 83.7 of the Local Rules of Civil Procedure, the undersigned hereby withdraws her appearance for and on behalf of Law Debenture Trust Company of New York (the "**Appellant**") in the above-captioned adversary proceeding. The Appellant continues to be represented by Francis A. Monaco, Jr. of Womble Carlyle Sandridge & Rice PLLC, 222 Delaware Avenue, 15th Floor, Wilmington, DE 19801 and Evan D. Flaschen and Gregory W. Nye of Bracewell & Giuliani LLP, Goodwin Square, 225 Asylum Street, Suite 2600, Hartford, CT 06103.

A/72151823.1

Dated: Hartford, Connecticut
August 8, 2007

/s/ Kate K. Simon
Kate K. Simon (ct23489)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel.   (860) 240-2700

A/72151823.1

## CERTIFICATE OF SERVICE

      I, Kristie L. Dalton, certify that I am not less that 18 years of age, and that I caused service of the foregoing document to be made via hand delivery, electronic notice and/or U.S. Regular mail on August 9, 2007 upon:

**Daniel D. DeFranceschi, Esq.**
**Jason M. Madron, Esq.**
**Richards, Layton & Finger, PA**
**One Rodney Square**
**Wilmington, DE 19801**

**Gregory M. Gordon, Esq.**
**Daniel P. Winikka, Esq.**
**Jones Day**
**2727 North Harwood Street**
**Dallas, TX 75021**

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 9, 2007

_____
Kristie L. Dalton