


222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

www wcsr com

Francis A. Monaco, Jr.
Attorney
Direct Dial· (302) 252-4340
Direct Fax: (302) 661-7730
E-mail: FMonaco@wcsr.com

October 30, 2007

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Wilmington, DE 19801

Re: Law Debenture Trust Company of New York V. Kaiser Aluminum Corp., et al.
Civil Action No. 06-00088

Dear Judge Farnan:

We refer to the above-referenced matter that constitutes an appeal filed on February 8, 2006 from two decisions of the United States Bankruptcy Court, Case No. 02-10429. We are counsel to appellant Law Debenture Trust Company of New York ("LDTC"), in its capacity as indenture trustee in respect of certain 12-3/4% Senior Subordinated Notes issued by the first named appellee.

The first issue on appeal is whether the Bankruptcy Court was correct in deciding that certain guarantees of the 12-3/4% Notes should be treated as subordinate to, and not *pari passu* with, certain guarantees of other public notes issued by the first name appellee (the "Noteholder Subordination Issue"). The second issue on appeal is whether the Bankruptcy Court was correct in deciding that LDTC was not entitled under the circumstances to recover, under any of the different legal theories asserted by LDTC, certain fees and expenses of its counsel and its agents owing under the terms of the Indenture covering the 12-3/4% Senior Subordinated Notes (collectively, the "Fee Issue").

The parties have consensually resolved the Fee Issue. By this letter, LDTC hereby respectfully withdraws its portion of the pending appeal concerning the Fee Issue and informs the Court that it need not decide the Fee Issue.





This withdrawal does not in any way affect the portion of LDTC's appeal concerning the Noteholder Subordination Issue, and the parties respectfully await this Court's decision on that issue.

Respectfuly,

**WOMBLE CARLYLE SANDRIDGE & RICE**
***A Professional Limited Liability Company***

Francis A. Monaco, Jr.

FAM:hes

Enclosure

cc: Clark T. Whitmore, Esq., counsel for U.S. Bank National Association
Mark F. Hebbeln, Esq., counsel for Deutsche Bank Trust Company, National Association
Michael J. Small, Esq., counsel for J.P. Morgan Trust Company, National Association
Evan D. Flaschen, Esq., counsel for Law Debenture Trust Company of New York