IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| KAISER ALUMINUM CORP., et al., | : |
| | : Case No. 02-10429 (JKF) |
| Debtors. | : |
| | : |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 06-88-JJF |
| | : |
| KAISER ALUMINUM CORP., et al. | : |
| | : |
| Appellees. | : |
| | : |
| LIVERPOOL LIMITED PARTNERSHIP | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 06-160-JJF |
| | : (Administratively Consolidated |
| APART JAMAICA, INC., et al. | : with 06-88-JJF) |
| | : |
| Appellees. | : |

### FINAL ORDER

At Wilmington, this 11 day of January 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Bankruptcy Court's December 22, 2005 Memorandum Opinion and Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership (D.I. 8008 and 8009 in Bankruptcy Case No. 02-104429-JKF) are **AFFIRMED**.

*[signature]*
UNITED STATES DISTRICT JUDGE