IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re<br>KAISER ALUMINUM CORP., et al.,<br>   Debtors. | )<br>)<br>)<br>)<br>) | Chapter 11 Consolidated<br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JFK) |
| LAW DEBENTURE TRUST COMPANY OF<br>NEW YORK,<br>   Appellant,<br>v.<br>KAISER ALUMINUM CORP., et al.,<br>   Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00088 JJF |
| LIVERPOOL LIMITED PARTNERSHIP,<br>   Appellant,<br>v.<br>ALPART JAMAICA, INC., et al.,<br>   Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated<br>with 06-00088 JJF) |

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

  Law Debenture Trust Company of New York, the appellant, appeals to the United States Court of Appeals for the Third Circuit from the Final Order **[Docket No. 31]** and Memorandum Opinion **[Docket No. 30]** of the United States District Court for the District of Delaware, entered in these administratively consolidated cases on January 11, 2008, affirming the Order of the United States Bankruptcy Court for the District of Delaware entered in the above-captioned bankruptcy proceeding on December 22, 2005 **[Docket No. 8009 in Bankruptcy Case No. 02-10429]** and accompanying Memorandum of Decision **[Docket No. 8008 in Bankruptcy Case No. 02-10429]**, finding that the subordination provisions of a public Indenture dated February 1,

NEWYORK\22649.1
WCSR 3834665v1

1993 should be read broadly to include Note Guarantees executed by certain subsidiaries of Kaiser Aluminum & Chemical Corporation in 1994 and 1996.

The parties to the Order appealed from, and the names, addresses and telephone numbers of their respective counsel are as follows:

Counsel for Ad Hoc Group of Senior Note Holders

Karen C. Bifferato
Marc J. Phillips
Connoly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

George A. Davis
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Counsel for Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651 7701

Gregory M. Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Counsel for U. S. Bank National Association as Indenture Trustee
for the 10 7/8% Senior Noteholders

Michael B. Joseph
Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

David F. Herr
Clark T. Whitmore
Alain M. Baudry
Christina A. Smith
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8335
Facsimile: (612) 642-8335

Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for the 9 7/8% Notes

Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6811
Facsimile: (302) 571-1750

Harold L. Kaplan
Mark F. Hebbeln
Gardner Carton & Douglas LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

and

Kristin K. Going
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005
Telephone: (202) 230-5177
Facsimile: (202) 230-5377

Counsel for Bear Stearns & Co., Inc., Citadel Equity Fund ltd. And Citadel Credit Trading Ltd.

Duane D. Werb
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

David N. Crapo
Brian McMahon
Anthony Callaghan
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

Counsel to Liverpool Limited Partnership

David J. Baldwin
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

Isaac M. Pachulski
K. John Shaffer
Stutman, Treiter & Glatt, P.C.
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Office of the United States Trustee

Mark S. Kenney
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19899
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Dated: Wilmington, Delaware
February 6, 2008

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

By: /s/ Kevin Mangan
Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4340
Facsimile: (302) 252-4330

and

Warren W. Harris (TX 09108080)
Evan D. Flaschen (ct10660)
Gregory W. Nye (ct06028)
Bracewell & Giuliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

*Special Counsel to Law Debenture Trust Company of New York*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 Consolidated |
| KAISER ALUMINUM CORP., et al., | ) | Jointly Administered |
|     Debtors. | ) | Bankruptcy Case No. 02-10429 |
| | ) | (JFK) |

_____

| | | |
|---|---|---|
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) | |
|     Appellant, | ) ) | |
| v. | ) ) | Civil Action No. 06-00088 JJF |
| KAISER ALUMINUM CORP., et al., | ) ) | |
|     Appellees. | ) ) ) | |

_____

| | | |
|---|---|---|
| LIVERPOOL LIMITED PARTNERSHIP, | ) ) | |
|     Appellant, | ) ) | Civil Action No. 06-00160 JJF |
| v. | ) ) ) | (Administratively Consolidated with 06-00088 JJF) |
| ALPART JAMAICA, INC., et al., | ) ) | |
|     Appellees. | ) ) ) | |

_____

**CERTIFICATE OF SERIVE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on February 6, 2008 upon:**
    Counsel for Ad Hoc Group of Senior Note Holders

| | |
|---|---|
| Karen C. Bifferato | George A. Davis |
| Marc J. Phillips | Cadwalader Wickersham & Taft LLP |
| Connoly Bove Lodge & Hutz, LLP | One World Financial Center |
| The Nemours Building | New York, NY 10281 |
| 1007 North Orange Street | Telephone: (212) 504-6000 |
| Wilmington, DE 19899 | Facsimile:  (212) 504-6666 |
| Telephone: (302) 658-9141 | |
| Facsimile:  (302) 658-5614 | |

NEWYORK\22649.1
WCSR  3834775v1

Counsel for Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation

| | |
|---|---|
| Daniel J. DeFranceschi | Gregory M. Gordon |
| Richards, Layton & Finger | Daniel P. Winikka |
| One Rodney Square | Jones Day |
| P.O. Box 551 | 2727 North Harwood Street |
| Wilmington, DE 19899 | Dallas, TX 75201 |
| Telephone: (302) 651-7700 | Telephone: (214) 220-3939 |
| Facsimile: (302) 651 7701 | Facsimile: (214) 969-5100 |

Counsel for U. S. Bank National Association as Indenture Trustee
for the 10 7/8% Senior Noteholders

| | |
|---|---|
| Michael B. Joseph | David F. Herr |
| Theodore J. Tacconelli | Clark T. Whitmore |
| Ferry, Joseph & Pearce, P.A. | Alain M. Baudry |
| 824 Market Street | Christina A. Smith |
| Suite 904 | Maslon, Edelman, Borman & Brand, LLP |
| Wilmington, DE 19899 | 3300 Wells Fargo Center |
| Telephone: (302) 575-1555 | 90 South Seventh Street |
| Facsimile: (302) 575-1714 | Minneapolis, MN 55402 |
| | Telephone: (612) 672-8335 |
| | Facsimile: (612) 642-8335 |

Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for the 9 7/8% Notes

| | |
|---|---|
| Carl N. Kunz, III | Harold L. Kaplan |
| Morris James LLP | Mark F. Hebbeln |
| 500 Delaware Avenue | Gardner Carton & Douglas LLP |
| Suite 1500 | 191 North Wacker Drive, Suite 3700 |
| P.O. Box 2306 | Chicago, IL 60606-1698 |
| Wilmington, DE 19899-2306 | Telephone: (312) 569-1000 |
| Telephone: (302) 888-6811 | Facsimile: (312) 569-3000 |
| Facsimile: (302) 571-1750 | |
| | and |
| | |
| | Kristin K. Going |
| | Gardner Carton & Douglas LLP |
| | 1301 K Street, N.W. |
| | Suite 900, East Tower |
| | Washington, DC 20005 |
| | Telephone: (202) 230-5177 |
| | Facsimile: (202) 230-5377 |

Counsel for Bear Stearns & Co., Inc., Citadel Equity Fund ltd. And Citadel Credit Trading Ltd.

NEWYORK\22649.1
WCSR 3834775v1

| | |
|---|---|
| Duane D. Werb | David N. Crapo |
| Werb & Sullivan | Brian McMahon |
| 300 Delaware Avenue, 10th Floor | Anthony Callaghan |
| P.O. Box 25046 | Gibbons, Del Deo, Dolan, Griffinger & Vecchione |
| Wilmington, DE 19899 | One Riverfront Plaza |
| Telephone: (302) 652-1100 | Newark, NJ 07102 |
| Facsimile: (302) 652-1111 | Telephone: (973) 596-4500 |
| | Facsimile: (973) 596-0545 |

Counsel to Liverpool Limited Partnership

| | |
|---|---|
| David J. Baldwin | Isaac M. Pachulski |
| Potter Anderson & Corroon LLP | K. John Shaffer |
| 1313 North Market Street | Stutman, Treiter & Glatt, P.C. |
| P.O. Box 951 | 1901 Avenue of the Stars |
| Wilmington, DE 19899 | 12th Floor |
| Telephone: (302) 984-6000 | Los Angeles, CA 90067 |
| Facsimile: (302) 658-1192 | Telephone: (310) 228-5600 |
| | Facsimile: (310) 228-5788 |

Office of the United States Trustee

Mark S. Kenney
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19899
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

**William P. Bowden**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Mark Thomas Hurford**
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900
Fax: (302) 425-9947

**Sharon Matava Zieg**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Marc Stephen Casarino**
White & Williams LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424

Dated: Wilmington, Delaware
       February 6, 2008

                                        By: __/s/ Heidi E. Sasso___