# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re<br>KAISER ALUMINUM CORP., et al.,<br>        Debtors. | ) ) ) ) | Chapter 11 Consolidated<br>Jointly Administered<br>Bankruptcy Case No. 02-10429<br>(JFK) |
| LAW DEBENTURE TRUST COMPANY OF<br>NEW YORK,<br>        Appellant,<br><br>    v.<br><br>KAISER ALUMINUM CORP., et al.,<br><br>        Appellees. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-00088 JJF |
| LIVERPOOL LIMITED PARTNERSHIP,<br><br>        Appellant,<br><br>    v.<br><br>ALPART JAMAICA, INC., et al.,<br><br>        Appellees. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-00160 JJF<br>(Administratively Consolidated<br>with 06-00088 JJF) |

## APPELLANT'S STATEMENT OF ISSUES
## AND DESIGNATION OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 6(b)(2)(B)(i), Law Debenture Trust Company of New York

("Appellant" or "LDTC") by and through its undersigned counsel, hereby states the issues to be

presented on appeal and designates the following items for inclusion in the record to be certified

and sent to the Circuit Clerk (the "Record on Appeal").

## STATEMENT OF ISSUES ON APPEAL

1.     Did the Bankruptcy Court err in misconstruing the unambiguous subordination provisions of the 1993 public Indenture so as to include guarantees issued by Kaiser subsidiary companies?

2.     Did the Bankruptcy Court err in considering extrinsic evidence to construe the unambiguous language of the 1993 public Indenture's subordination provisions?

## DESIGNATION OF RECORD ON APPEAL

1.     LDTC designates the record on appeal assembled in the District Court in accordance with Bankruptcy Rule 8006, including the following:

a.     <u>Docket Entries in Bankruptcy Case No. 02-10429 (JFK)</u>

| Date | Docket Nos. | Record Item |
|---|---|---|
| 08/16/2004 | 4849 | Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 08/16/2004 | 4850 | Memorandum of Law in Support of Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims (Related to Docket No. 4849) Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 09/03/2004 | 4947 | Complaint for Declaratory Judgment Relief Pursuant to 11 USC § 105(a) and 510(a) and 28 USC § 2201 by U.S. Bank National Association, Ad Hoc Group of Senior Noteholders against Kaiser Aluminum & Chemical Corporation, Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, Alpart Jamaica Inc., Kaiser Finance Corporation, Kaiser Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Texas Sierra Micromills, LLC, Kaiser Bellwood Corporation, Kaiser Transaction Corp., Law Debenture Trust Company of New York |
| 10/08/2004 | 5165 | Response of the Official Committee of Unsecured Creditors to the Motion of Law Debenture Trust Company of New York Pursuant to Bankruptcy Rule 3013 to Determine Classification of Certain 1993 Note Guarantee Claims Filed by Official Committee of Unsecured Creditors |
| 10/08/2004 | 5167 | Response of The Liverpool Limited Partnership to Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by The Liverpool Limited Partnership |

-2-

| Date | Docket Nos. | Record Item |
|---|---|---|
| 10/08/2004 | 5168 | Memorandum of Law of Ad Hoc Group of Senior Noteholders in Opposition to Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by Ad Hoc Group of Senior Noteholders |
| 10/08/2004 | 5171 | Memorandum of Law in Opposition to Law Debenture Trust Company of New York's Motion to Determine Classification of 1993 Note Guarantee Claims (related document(s) 4849, 4850) Filed by U.S. Bank National Association |
| 10/08/2004 | 5174 | Response of Debtors and Debtors in Possession in Opposition to Law Debenture Trust Company of New York's Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims Filed by Kaiser Aluminum Corporation |
| 10/15/2004 | 5208 | Reply of Law Debenture Trust Company of New York to Responses to 3013 Motion Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 10/15/2004 | 5212 | Reply of Debtors and Debtors in Possession to Response of the Liverpool Limited Partnership to Law Debenture Trust Company of New York's Motion to Determine Classification of 1993 Note Guarantee Claims Filed by Kaiser Aluminum Corporation |
| 10/18/2004 | 5221 | Reply of Debtors and Debtors in Possession to the Supplemental Joint Objection of the Official Committee of Asbestos Claimants and the Legal Representative for Future Asbestos Claimants to the Motion of Debtors for an Order Authorizing Them to Enter into Seventh Amendment to Post-Petition Credit Agreement and Pay Related Amendment Fees Filed by Kaiser Aluminum Corporation |
| 10/28/2004 | 5291 | Transcript of Hearing held on October 25, 2004 before the Honorable Judith K. Fitzgerald |
| 11/15/2004 | 5372 | Transcript of Hearing held on November 8, 2004 |
| 12/10/2004 | 5546 | Motion to Consolidate Filed by The Liverpool Limited Partnership |
| 01/03/2005 | 5793 | Transcript of Hearing held on December 20, 2004 |
| 01/07/2005 | 5860 | Response to Liverpool's Motion to Consolidate All Litigation Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/07/2005 | 5863 | Joint Objection to (1) Motion of Liverpool Limited Partnership to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued By Kaiser Aluminum & Chemical Corporation in 1993, 1994 and 1996 Pursuant to Bankruptcy Rule 7042 and Rule 42 of the Federal Rules of Civil Procedure; or (2) Alternatively, to Intervene in the Above-Captioned Adversary Proceeding Pursuant to Bankruptcy Rule 7024 and Rule 24 of the |

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| | | Federal Rules of Civil Procedure Filed by Ad Hoc Group of Senior Noteholders, U.S. Bank National Association |
| 01/14/2005 | 5938 | Reply to Joint Objection of U.S. Bank and Certain Holders of Senior Notes to Liverpool's Motion to Consolidate All Litigation Concerning Priority of Guarantees Filed by The Liverpool Limited Partnership |
| 10/14/2005 | 5939 | Consolidated Reply to Responses of Law Debenture and the Debtors to Liverpool's Motion to Consolidate Litigation Concerning the Priority of Guarantees of Notes Filed by The Liverpool Limited Partnership |
| 02/03/2005 | 6076 | Transcript of Hearing held on January 24, 2005 |
| 02/25/2005 | 6261 | Amended Chapter 11 Plan Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation Filed by Kaiser Aluminum Corporation |
| 02/25/2005 | 6265 | Amended Chapter 11 Plan Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation Filed by Kaiser Aluminum Corporation |
| 03/15/2005 | 6344 | Pre-Hearing Brief of the Official Committee of Unsecured Creditors in Support of Confirmation of the Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica Corporation (Docket No. 6261) and Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation (Docket No. 6265) Filed by Official Committee of Unsecured Creditors |
| 03/15/2005 | 6356 | Brief of Debtors and Debtors in Possession in Support of Confirmation of the (I) Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation and (II) Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation Filed by Kaiser Aluminum Corporation |
| 03/16/2005 | 6361 | Revised/Joint Brief of U. S. Bank National Association, as Indentured Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees Filed by Ad Hoc Group of Senior Noteholders |
| 04/05/2005 | 6497 | Motion to Strike Declarations of John T. La Duc, Theodore D. Sands, Martin Balsam, Paul Steven Greenberg, and Kenneth D. Gartrell, Which Have Been Filed In Support of (1) Brief of Debtors and Debtors In Possession In Support of Confirmation [Docket No. 6356]; and/or (II) Joint Brief of U.S. Bank National Association, As Indenture Trustee, and Certain Holders of Senior Notes In Support |

-4-

| Date | Docket Nos. | Record Item |
|---|---|---|
| | | of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees [Docket No. 6355] Filed by The Liverpool Limited Partnership |
| 04/05/2005 | 6502 | Brief of Deutsche Bank Trust Company, N.A., As Successor Trustee, With Respect to the Amended Liquidating Plans Filed by Deutsche Bank Trust Company, N.A. |
| 04/05/2005 | 6504 | Objection of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 04/05/2005 | 6505 | Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 04/05/2005 | 6508 | The Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed By The Subsidiary Guarantors; Responses To Briefs In Support Thereof [Docket Nos. 6344, 6351, 6355, 6356] Filed by The Liverpool Limited Partnership |
| 04/07/2005 | 6535 | Notice of Filing of Modifications to the Third Amended Joint Plans of Liquidation for (I) Kaiser Alumina Australia Corporation and (II) Alpart Jamaica Inc. and Kaiser Jamaica Corporation and Related Trust Distribution Agreements Filed by Kaiser Aluminum Corporation |
| 04/08/2005 | 6546 | Consolidated Reply of the Official Committee of Unsecured Creditors to: 1) Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute (Docket No. |

-5-

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| | | 6505); 2) Objections of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, dated February 25, 2005 (Docket No. 6504); and 3) A Portion of the Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed by the Subsidiary Guarantors; Response to Briefs in Support Thereof (Docket No. 6508) Filed by Official Committee of Unsecured Creditors |
| 04/08/2005 | 6550 | Joint Brief of Debtors and Debtors in Possession, U.S. Bank National Association, as Indenture Trustee, and Certain Holders of Senior Notes in Support of Plan Confirmation and Full Subordination of the 1993 Senior Subordinated Notes and Guarantees Filed by Ad Hoc Group of Senior Noteholders |
| 04/08/2005 | 6558 | Reply of Debtors and Debtors in Possession to Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) the Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation and (B) the Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and to (II) Proposed Settlement of 7-3/4% SWD Revenue Dispute Filed by Kaiser Aluminum Corporation |
| 04/11/2005 | 6565 | Joint Objection of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes to Liverpool Limited Partnership's Motion to Strike Declarations of John T. La Duc, Theodore D. Sands, Martin Balsam, Paul Steven Greenberg, and Kenneth D. Gartrell [D.I. 6497] and Motion to Strike Affidavit of William F. Duhamel [D.I. 6534] Filed by Kaiser Aluminum Corporation |
| 04/25/2005 | 6722 | Transcript Hearing Held 4/13/05 |
| 05/06/2005 | 6759 | Objection to Declarations and Deposition Designations Submitted by the Debtors, U.S. Bank, As Indenture Trustee for the 1996 Notes and the Ad Hoc Group of 1994/96 Noteholders Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 05/10/2005 | 6857 | Transcript Hearing Held 4/27/05 |
| 05/13/2005 | 6790 | Joint Response of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes to Liverpool Limited Partnership's and Law Debenture Trust Company of New York's Objections to Declarations and Deposition Designations Submitted by the Debtors, U.S. Bank, as Indenture |

-6-

| Date | Docket Nos. | Record Item |
|---|---|---|
| | | Trustee for the 1996 Notes and the Ad Hoc Group of the 1994/96 Noteholders [D.I. 6759] Filed by Kaiser Aluminum Corporation |
| 05/13/2005 | 6791 | Findings of Fact and Conclusions of Law Joint Proposed Submitted by Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee For, the Gramercy Revenue Bonds Filed by Kaiser Aluminum Corporation |
| 05/13/2005 | 6792 | Joint Closing Argument Brief of Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee for, the Gramercy Revenue Bonds in Connection with the Guaranty Subordination Dispute Filed by Kaiser Aluminum Corporation |
| 05/27/2005 | 6845 | Closing Brief of Law Debenture Trust Company of New York and the Liverpool Limited Partnership With Respect to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 05/27/2005 | 6846 | Joint Proposed Findings of Fact and Conclusion of Law Submitted by Law Debenture Trust Company of New York and Liverpool Limited Partnership With Respect to Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 06/03/2005 | 6870 | Joint Brief (Closing) of Debtors and Debtors in Possession, the Unsecured Creditors' Committee, the Ad Hoc Group of Senior Noteholders, U.S. Bank National Association, as Indenture Trustee, and Certain Holders Of, and the Indenture Trustee for, the Gramercy Revenue Bonds in Connection with the Guaranty Subordination Dispute Filed by Kaiser Aluminum Corporation |
| 06/06/2005 | 6872 | Notice of Completion of Briefing Regarding Guaranty Subordination Dispute in Connection with (I) the Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) the Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc. and Kaiser Jamaica |

-7-

NEWYORK\22917.3

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| | | Corporation [Re: Docket Nos. 6792, 6845, and 6870] Filed by Kaiser Aluminum Corporation |
| 08/02/2005 | 7110 | Transcript of Telephonic Hearing Held 5/2/05 in Pittsburgh |
| 11/22/2005 | 7792 | Motion of the Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) An Order Authorizing Modifications to Their Third Amended Joint Plans of Liquidation and (II) An Order Confirming Their Third Amended Joint Plans of Liquidation Filed by Kaiser Aluminum Corporation |
| 12/05/2005 | 7848 | Limited Objection of The Liverpool Limited Partnership To Motion Of Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica, Inc., And Kaiser Jamaica Corporation For The Entry Of (I) An Order Authorizing Modifications To Their Third Amended Joint Plans Of Liquidation And (II) An Order Confirming Their Third Amended Joint Plans of Liquidation [Docket No. 7792] Filed by The Liverpool Limited Partnership |
| 12/05/2005 | 7850 | Response to (and Reservation of Rights) as Indenture Trustee for the 10-7/8% Senior Notes to the Motion of the Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) An Order Authorizing Modifications to Their Third Amended Joint Plans of Liquidation and (II) An Order Confirming Their Third Amended Joint Plans of Liquidation Filed by U.S. Bank National Association |
| 12/09/2005 | 7888 | Reply of Debtors and Debtors in Possession to Liverpool Limited Partnership's Limited Objection to Motion of Debtors and Debtors in Possession Kaiser Alumina Australia Corporation, Kaiser Finance Corporation, Alpart Jamaica Inc. and Kaiser Jamaica Corporation for the Entry of (I) an Order Authorizing Modifications to Their Third Amended Joint Plan of Liquidation and (II) an Order Confirming Their Third Amended Joint Plans of Liquidation Filed by Kaiser Aluminum Corporation |
| 12/19/2005 | 7970 | Notice of Filing of Third Modifications to the Third Amended Joint Plans of Liquidation for (I) Kaiser Alumina Australia Corporation and Kaiser Finance Corporation and (II) Alpart Jamaica Inc. and Kaiser Jamaica Corporation and Related Trust Distribution Agreements Filed by Kaiser Aluminum Corporation |
| 12/20/2005 | 7983 | Order Confirming (I) The Third Amended Joint Plan of Liquidation For Kaiser Alumina Australia Corporation and Kaiser Finance Corp. and (II) The Third Amended Joint Plan of Liquidation For Alpart |

| Date | Docket Nos. | Record Item |
|---|---|---|
| | | Jamaica Inc. And Kaiser Jamaica Corporation Signed 12/20/2005 |
| 12/22/2005 | 8008 | Memorandum Opinion. Signed on 12/22/2005. Modified on 12/22/2005. |
| 12/22/2005 | 8009 | Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership. Order Signed on 12/22/2005. |
| 01/03/2006 | 8049 | Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/03/2006 | 8050 | Memorandum of Law in Support of Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/03/2006 | 8051 | Motion of Law Debenture Trust Company of New York for Reconsideration of Order Overruling Fee Objection Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/03/2006 | 8052 | Notice of Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 01/06/2006 | 8088 | Response of The Liverpool Limited Partnership in Support of Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by The Liverpool Limited Partnership |
| 01/09/2006 | 8098 | Statement of Deutsche Bank Trust Company, N.A., as Successor Trustee, on Motion of Law Debenture Trust Company of New York for Continuation of Stay Pending Appeal Filed by Deutsche Bank Trust Company, National Association, as Successor Trustee for the 9-7/8% Notes |
| 01/09/2006 | 8099 | Joint Response to Motion of Law Debenture Trust Company of New York for Reconsideration of Order Overruling Fee Objection by the Debtors and Debtors in Possession, the Official Committee of Unsecured Creditors, Certain Holders of Senior Notes, and Certain Holders of, and the Indenture Trustee for, the 7-3/4% SWD Revenue Bonds Filed by Kaiser Aluminum Corporation |
| 01/09/2006 | 8100 | Objection to Law Debenture Trust Company of New York's Motion for Stay Pending Appeals by the Debtors and Debtors in Possession, U.S. Bank National Association, as Indenture Trustee for 10-7/8% Noteholders, Certain Holders of Senior Notes, Official Committee of Unsecured Creditors and Certain Holders of, and the Indenture Trustee for, the 7-3/4% SWD Revenue Bonds Filed by Kaiser Aluminum Corporation |

NEWYORK\22917.3

| Date | Docket Nos. | Record Item |
|------|-------------|-------------|
| 01/12/2006 | 8134 | Notice of Appeal Filed by The Liverpool Limited Partnership |
| 01/13/2006 | 8135 | Transcript of Hearing held on January 9, 2006 before the Honorable Judith K. Fitzgerald |
| 02/08/2006 | 8240 | Order Granting Law Debenture Trust Company's Motion for Reconsideration and Overruling Objection to Plan Confirmation |
| 02/13/06 | 8260 | Amended Notice of Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee |

b.    Trial Exhibits in Bankruptcy Case No. 02-10429 (JFK)

(1)    Indenture dated as of October 28, 1988, between KaiserTech Acquisition and Irving Trust Company, as Trustee.

(2)    Indenture dated as of October 28, 1988, between KaiserTech Acquisition and Security Pacific National Trust Company (New York), as Trustee.

(3)    First Supplemental Indenture, dated as of October 28, 1988, between the KaiserTech and Irving Trust Company, Trustee.

(4)    First Supplemental Indenture, dated as of October 28, 1988, between KaiserTech Acquisition and Security Pacific National Trust Company (New York), Trustee.

(5)    Indenture dated December 21, 1989 between Kaiser Aluminum & Chemical Corporation and the Bank of New York, Trustee.

(6)    Indenture dated as of February 1, 1993 between Kaiser Aluminum & Chemical Corporation and the First National Bank of Boston, Trustee.

(7)    Prospectus dated January 22, 1993.

(8)    Indenture dated February 17, 1994 between Kaiser Aluminum & Chemical Corporation and First National Association, Trustee.

(9)    Prospectus dated February 10, 1994.

(10)    Indenture dated as of October 23, 1996 between Kaiser Aluminum & Chemical Corporation and First Trust National Association, Trustee.

(11)    Prospectus dated January 21, 1997.

(12)    Indenture dated as of December 23, 1996 between Kaiser Aluminum & Chemical Corporation and First Trust National Association, Trustee.

(13)    Prospectus dated December 30, 1996.

(14)    Correspondence dated October 23, 1996.

(15)    Correspondence dated December 23, 1996.

(16)    Correspondence dated February 17, 1994.

(17)    Credit Agreement dated as of December 13, 1989.

(18)    Credit Agreement dated as of February 15, 1994.

(19)    Deposition of John La Duc.

(20)    Deposition of Theodore Sands.

(21)    Deposition of Martin Balsam.

(22)    Declaration of John La Duc.

(23)    Declaration of Theodore Sands.

(24)    Declaration of Martin Balsam.

c.    Docket Entries in Adversary Proceeding No. 04-5515 (JFK)

| Date | Docket Nos. | Record Item |
|---|---|---|
| 09/03/2004 | 1 | Complaint for Declaratory Judgment Relief Pursuant to 11 USC § 105(a) and 510(a) and 28 USC § 2201 by U.S. Bank National Association, Ad Hoc Group of Senior Noteholders against Kaiser Aluminum & Chemical Corporation, Kaiser Jamaica Corporation, Kaiser Alumina Australia Corporation, Alpart Jamaica Inc., Kaiser Finance Corporation, Kaiser Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Texas Sierra Micromills, LLC, Kaiser Bellwood Corporation, Kaiser Transaction Corp., Law Debenture Trust Company of New York. (Declaratory Judgment). |
| 10/08/2004 | 6 | Answer and Affirmative Defenses of the Law Debenture Trust Company of New York Filed by Law Debenture Trust Company of New York |
| 10/08/2004 | 7 | Answer to Complaint Answer of Debtors and Debtors in Possession to Complaint for Declaratory Relief Pursuant |

-11-

| | | |
|---|---|---|
| | | to 11 U.S.C. Section 105 (a), Section 510 (a) and 28 U.S.C. Section 201 |
| 10/11/2004 | 8 | Amended Answer of Debtors and Debtors in Possession to Complaint for Declaratory Relief Pursuant to 11 U.S.C. Section 105 (a), Section 510 (a) and 28 U.S.C. Section 2201 |
| 12/02/2004 | 9 | Law Debenture Trust Company of New York's Motion for Summary Judgment Filed by Law Debenture Trust Company of New York. |
| 12/10/2004 | 10 | Joint Motion of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process for Certain Debtors and Debtors in Possession |
| 12/10/2004 | 14 | Motion to Consolidate |
| 01/07/205 | 24 | Objection to Joint Motion of Debtors and Debtors in Possession, U.S. Bank National Association, and Certain Holders of Senior Notes for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process for Certain Debtors and Debtors in Possession (Adversary Docket No. 10) Filed by The Liverpool Limited Partnership |
| 01/07/2005 | 25 | Objection to Joint Motion for an Order Staying Adversary Proceedings Pending Completion of the Confirmation Process Filed by Law Debenture Trust Company of New York |
| 01/07/2005 | 26 | Response to Liverpool's Motion to Consolidate All Litigation Filed by Law Debenture Trust Company of New York |
| 01/07/2005 | 27 | Response to Law Debenture Trust Company of New York's Motion for Summary Judgment (Adversary Docket No. 9) Filed by The Liverpool Limited Partnership |
| 01/07/2005 | 28 | Joint Objection to Motion of Law Debenture Trust Company of New York to Set a Briefing Schedule on Cross Motions for Summary Judgment Filed by Ad Hoc Group of Senior Noteholders, U.S. Bank National Association |
| 01/07/2005 | 29 | Response of Debtors and Debtors in Possession to Law Debenture Trust Company of New York's Motion for Summary Judgment Filed by Kaiser Aluminum & |

-12-

| | | |
|---|---|---|
| | | Chemical Corporation |
| 01/07/2005 | 30 | Response of Debtors and Debtors in Possession to The Liverpool Limited Partnership's Motion (1) to Consolidate All Litigation Concerning the Relative Priority of Guarantees of Notes Issued by Kaiser Aluminum & Chemical Corporation in 1993, 1994, and 1996; or (2) Alternatively, to Intervene in the Above-Captioned Adversary Proceeding Filed by Kaiser Aluminum & Chemical Corporation |
| 01/14/2005 | 34 | Reply of Law Debenture Trust Company of New York to Objections to Motion for Summary Judgment Filed by Law Debenture Trust Company of New York |
| 01/14/2005 | 35 | Joint Reply of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes to the Objection of the Liverpool Limited Partnership to Joint Motion to Stay Adversary Proceedings Pending Completion of the Confirmation Process Filed by Kaiser Aluminum & Chemical Corporation |
| 01/14/2005 | 36 | Joint Reply of Debtors and Debtors in Possession, U.S. Bank National Association and Certain Holders of Senior Notes to Law Debenture Trust Company of New York's Objection to Joint Motion to Stay Adversary Proceedings Pending Completion of the Confirmation Process Filed by Kaiser Aluminum & Chemical Corporation |
| 01/14/2005 | 37 | Reply to Joint Objection of U.S. Bank and Certain Holders of Senior Notes to Liverpool's Motion to Consolidate All Litigation Concerning Priority of Guarantees Filed by The Liverpool Limited Partnership |
| 01/14/2005 | 38 | Consolidated Reply to Responses of Law Debenture and the Debtors to Liverpool's Motion to Consolidate Litigation Concerning the Priority of Guarantees of Notes Filed by The Liverpool Limited Partnership |
| 04/20/2005 | 40 | Order Staying Adversary Proceedings Pending Completion of the Confirmation Process For Certain Debtors and Debtors in Possession Order Signed on 4/18/2005. |
| 12/22/2005 | 42 | Order Dismissing Adversary as Moot. Order Signed on 12/22/2005. |

NEWYORK\22917.3

2.    LDTC also designates the proceedings in the District Court, including, but not limited to the following:

| 02/08/2006 | 1 | Notice of Appeal From Bankruptcy Court appealing the Orders entered on 12/22/05 and 2/8/06 by Judge Judith K. Fitzgerald in Bankruptcy case number 02-10429. |
| 02/08/2006 | 2 | Motion for Reconsideration of order overruling fee objection – filed by Law Debenture Trust Company of New York. |
| 02/17/2006 | 3 | Notice of Amended Appeal From Bankruptcy Court appealing the Order entered on 2/8/06 by Judge Judith K. Fitzgerald in Bankruptcy case number 02-10429. |
| 02/17/2006 | 4 | Designation Of Record and Statement of Issues on Appeal filed by Law Debenture Trust Company of New York. |
| 03/10/2006 | 5 | Letter to The Honorable Joseph J. Farnan, Jr. from Frederick B. Rosner regarding Request that matter bypass appellate mediation. |
| 03/30/2006 | 6 | Certification of Counsel Regarding the Joint Stipulation and Agreed Order Regarding Administrative Consolidation of Appeals and Revised Briefing Schedule by Law Debenture Trust Company of New York. |
| 04/03/2006 | 7 | SO ORDERED Joint Stipulation and Agreed Order Regarding Administrative Consolidation of Appeals and Briefing Schedule. |
| 05/03/2006 | 8 | Appellant's Brief by Law Debenture Trust Company of New York. |
| 05/03/2006 | 9 | Appendix re Appellant's Brief by Law Debenture Trust Company of New York. |
| 05/09/2006 | 10 | Corrected Appellant's Brief by Liverpool Limited Partnership. |
| 06/02/2006 | 11 | Appellee's Brief |
| 06/22/2006 | 12 | Appellant's Reply Brief by law Debenture Trust Company of New York. |
| 06/22/2006 | 13 | Request for Oral Argument by Law Debenture Trust Company of New York, Liverpool Limited Partnership. |
| 06/22/2006 | 14 | Notice of filing the following document(s) in paper format: Commentaries on Model Debenture Indenture |

-14-

| | | Provisions. Original document(s) on file in Clerk's Office. |
|---|---|---|
| 06/22/2006 | 15 | Appellant's Reply Brief by Liverpool Limited Partnership. |
| 06/22/2006 | 16 | Commentaries on model Debenture Indenture Provisions which are cited extensively through Appellant's Brief dated 05/03/06 and Appellant's Reply. |
| 06/07/2007 | 17 | Letter to The Honorable Joseph J. Farnan, Jr. from Francis A. Monaco, Jr. regarding Appellant's post petition contractual attorney fees. |
| 10/30/2007 | 18 | Letter to The Honorable Joseph J. Farnan, Jr. from Francis A. Monaco, Jr., counsel for Law Debenture Trust Company of New York regarding Resolution of Fee Issue (only). |
| 01/11/2008 | 19 | Memorandum Opinion affirming the Bankruptcy Court's December 22, 2005 Memorandum Opinion and Order. Signed by Judge Joseph J. Farnan, Jr. on 1/11/08. |
| 01/11/2008 | 20 | Final Order re Memorandum Opinion Affirming the Bankruptcy Court's December 22, 2005 memorandum Opinion and Order Overruling Objection to Plan Confirmation by Law Debenture Trust Company of New York and by Liverpool Limited Partnership. Signed by Judge J. Farnan, Jr. on 1/11/08. |
| 02/06/2008 | 21 | Notice of Appeal of Order, 30 Memorandum Opinion. Appeal filed by Law Debenture Trust Company of New York. |

Dated: February 19, 2008

Law Debenture Trust Company of New York

Francis A. Monaco, Jr. (#2078)
Kevin Mangan (#3810)
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4340
Facsimile: (302) 252-4330

-and-

-15-

Evan D. Flaschen
Gregory W. Nye
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103
Tel.  (860) 947-9000

Attorneys for Appellant Law Debenture Trust
Company of New York

NEWYORK\22917.3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 Consolidated |
| KAISER ALUMINUM CORP., et al., | ) | Jointly Administered |
| Debtors. | ) | Bankruptcy Case No. 02-10429 |
| | ) | (JFK) |

_____

| | | |
|---|---|---|
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00088 JJF |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| LIVERPOOL LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 06-00160 JJF |
| v. | ) | (Administratively Consolidated |
| | ) | with 06-00088 JJF) |
| | ) | |
| ALPART JAMAICA, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

_____

**CERTIFICATE OF SERIVE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on February 19, 2008 upon:**

Counsel for Ad Hoc Group of Senior Note Holders

Karen C. Bifferato
Marc J. Phillips
Connoly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614

George A. Davis
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile:  (212) 504-6666

Counsel for Kaiser Aluminum Corporation  and Kaiser Aluminum & Chemical Corporation

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile:  (302) 651 7701

Gregory M. Gordon
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile:  (214) 969-5100

Counsel for U. S. Bank National Association as Indenture Trustee
for the 10 7/8% Senior Noteholders

Michael B. Joseph
Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile:  (302) 575-1714

David F. Herr
Clark T. Whitmore
Alain M. Baudry
Christina A. Smith
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8335
Facsimile:  (612) 642-8335

Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for the 9 7/8% Notes

Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6811
Facsimile:  (302) 571-1750

Harold L. Kaplan
Mark F. Hebbeln
Gardner Carton & Douglas LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile:  (312) 569-3000

and

Kristin K. Going
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005
Telephone: (202) 230-5177
Facsimile:  (202) 230-5377

Counsel for Bear Stearns & Co., Inc., Citadel Equity Fund ltd. And Citadel Credit Trading Ltd.

NEWYORK\22649.1
WCSR 3834775v1

Duane D. Werb
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile:  (302) 652-1111

David N. Crapo
Brian McMahon
Anthony Callaghan
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 596-4500
Facsimile:  (973) 596-0545

Counsel to Liverpool Limited Partnership

David J. Baldwin
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192

Isaac M. Pachulski
K. John Shaffer
Stutman, Treiter & Glatt, P.C.
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile:  (310) 228-5788

Office of the United States Trustee

Mark S. Kenney
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19899
Telephone: (302) 573-6491
Facsimile:  (302) 573-6497

**William P. Bowden**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**Mark Thomas Hurford**
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900
Fax: (302) 425-9947

NEWYORK\22649.1
WCSR 3834775v1

**Sharon Matava Zieg**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Marc Stephen Casarino**
White & Williams LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424

Dated: Wilmington, Delaware
        February 19, 2008

                                        By:  __/s/ Heidi E. Sasso___