IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>A DELAWARE CORPORATION, ET AL.,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered<br>Case No. 02-10429 (JKF) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Appellant,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION,<br>A DELAWARE CORPORATION, ET AL.,<br><br>Appellees. | Civil Action No. 06-00088 (JJF) |

## APPELLEES' SUPPLEMENTAL DESIGNATION OF RECORD

Pursuant to Fed. R. App. P. 6(b)(2)(B)(ii), Appellee U.S. Bank National Association, as Indenture Trustee for the holders of the 10-7/8% Notes hereby counter-designates the following portions of the record.

a.  Additional Docket Entries in Bankruptcy Case No. 02-10429 (JKF)

| 10/08/2004 | 5175 | Exhibit *Exhibits D-F Re: Response of Debtors and Debtors in Possession in Opposition to Law Debenture Trust Company of New York's Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims* (related document(s)5174) Filed by Kaiser Aluminum Corporation (Attachments: # 1 Exhibit E, Part 1# 2 Exhibit E, Part2# 3 Exhibit E, Part4# 5 Exhibit F, Part 1# 6 Exhibit F, Part2# 7 Exhibit F, Part 3# 8 Exhibit F, Part 4# 9 Exhibit F, Part 5) |
|---|---|---|

| 10/08/2004 | 5176 | Exhibit *Exhibits G-1 Re: Response of Debtors and Debtors in Possession in Opposition to Law Debenture Trust Company of New York's Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims* (related document(s)5174 Filed by Kaiser Aluminum Corporation (Attachments: # 1 Exhibit G, Part 2# 2 Exhibit G, Part 3# 3 Exhibit G, Part 4# 4 Exhibit G, Part 6# 5 Exhibit H, Part 1# 6 Exhibit H, Part 2# 7 Exhibit H, Part 3# 8 Exhibit H, Part 4# 9 Exhibit H, Part 5# 10 Exhibit H, Part 6# 11 Exhibit 1# 12 Certificate of Service) |
| --- | --- | --- |
| 10/13/2004 | 5194 | Affidavit *Declaration of Martin Balsam in Support of Response of Debtors and Debtors in Possession in Opposition to Law Debenture Trust Company of New York's Motion Pursuant to Bankruptcy Rule 3013 to Determine Classification of 1993 Note Guarantee Claims* (related document(s)5174, 5175, 5176) Filed by Kaiser Aluminum Corporation (Attachments: # 1 Certificate of Service and Service List) |
| 03/15/2005 | 6531 | Memorandum of Law of (I) Bear Stearns & Company; (II) Citadel Equity Fund Ltd.; (III) Citadel Credit Trading Ltd.; and (IV) J.P. Morgan Trust Company, National Association, Indenture Trustee in Support of Confirmation of (A) Third Amended Joint Plan of Liquidation for Alpart Jamaica Inc., and Kaiser Jamaica Corporation and (B) Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation |
| 04/08/2005 | 6546 | Reply *Consolidated Reply of the Official Committee of Unsecured Creditors to: 1) Objection of Law Debenture Trust Company of New York to (I) Subordination of Indenture Trustee Fees and Expenses Under (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica Corporation dated February 25, 2006, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, Dated February 25, 2005 and to (II) Proposed Settlement of 7 3/4% SWD Revenue Bond Dispute (Docket No. 6505); 2) Objection of Law Debenture Trust Company of New York in Subordination of 1993 Note Guarantees Pursuant to (A) The Third Amended Joint Plan of Liquidation for Alpart Jamaica, Inc. and Kaiser Jamaica Corporation Dated February 25, 2005, and (B) The Third Amended Joint Plan of Liquidation for Kaiser Alumina Australia Corporation and Kaiser Finance Corporation, dated February 25, 2005 (Docket No. 6504); and 3) A Portion of the Liverpool Limited Partnership's Objection to Confirmation of the Plans of Reorganization Proposed by the Subsidiary Guarantors; Responses to Briefs in Support Thereof (Docket No. 6508)* (related document(s)6505, 6508, 6504) Filed by Official Committee of Unsecured Creditors |
| 04/08/2005 | 6548 | Memorandum of Law of (I) Bear Stearns & Co., Inc.; (II) Citadel Equity Fund Ltd.; and (III) Citadel Credit Trading Ltd.; in Reply to the Objection of Law Debenture Trust Company of New York to Subordination of 1993 Note Guarantees |

| 04/08/2005 | 6549 | Memorandum of Law of (I) Bear Stearns & Co., Inc.; (II) Citadel Equity Fund Ltd.; and (III) Citadel Credit Trading Ltd.; in Reply to the Objection of Law Debenture Trust Company of New York to the Proposed Settlement of the 7-3/4% SWD Revenue Bond Dispute |

Appellee further counter-designates the following exhibits that were admitted into evidence in connection with the hearings held on April 13, 2005 and April 27, 2005:

1. Letter dated October 23, 1996 from Kaiser Aluminum & Chemical Corporation to State Street Bank and Trust Company regarding Notice of Senior Indebtedness.

2. Letter dated December 23, 1996 from Kaiser Aluminum & Chemical Corporation to State Street Bank and Trust Company regarding Notice of Senior Indebtedness.

3. Letter dated February 17, 1994 from Kaiser Aluminum & Chemical Corporation and its subsidiaries to The First National Bank of Boston, as Trustee regarding Notice of Senior Indebtedness.

4. John T. La Duc Deposition Exhibit No. 1.

5. John T. La Duc Deposition Exhibit No. 2.

6. John T. La Duc Deposition Exhibit No. 3.

7. John T. La Duc Deposition Exhibit No. 4.

8. John T. La Duc Deposition Exhibit No. 5.

9. John T. La Duc Deposition Exhibit No. 6.

10. John T. La Duc Deposition Exhibit No. 7.

11. John T. La Duc Deposition Exhibit No. 8.

12. John T. La Duc Deposition Exhibit No. 9.

13. John T. La Duc Deposition Exhibit No. 10.

14. John T. La Duc Deposition Exhibit No. 11.

15. John T. La Duc Deposition Exhibit No. 12.

16. Ted Sands Deposition Exhibit No. 1.

17. Ted Sands Deposition Exhibit No. 2.

18. Ted Sands Deposition Exhibit No. 3.

19. Ted Sands Deposition Exhibit No. 4.

20. Ted Sands Deposition Exhibit No. 5.

21. Ted Sands Deposition Exhibit No. 6.

22. Ted Sands Deposition Exhibit No. 7.

23. Martin Balsam Deposition Exhibit No. 1.

24. Martin Balsam Deposition Exhibit No. 2.

25. Martin Balsam Deposition Exhibit No. 3.

26. Martin Balsam Deposition Exhibit No. 4.

27. Martin Balsam Deposition Exhibit No. 5.

Dated: February 28, 2008.    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Steven G. Weiler (No. 4934)
824 Market Street, Suite 904
Wilmington, Delaware 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

-and-

David F. Herr, Esquire
Clark T. Whitmore, Esquire
Kesha L. Tanabe, Esquire
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2008, I electronically filed **Appellees' Supplemental Designation of Record** with the Clerk of Court using the CM/ECF which will send notification of such filings to the following:

David J. Baldwin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street
Wilmington, DE 19801

William P. Bowden, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19801

Marc S. Casarino, Esquire
White & Williams LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Mark T. Hurford, Esquire
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Francis A. Monaco, Jr., Esquire
Womble, Carlyle, Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Ave., 10th Floor
P.O. Box 25046
Wilmington, DE 19899

Sharon M. Zieg, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

I hereby certify that on February 28, 2008, I have mailed, by United States Postal Service, the document to the following non-registered participants:

George A. Davis, Esquire
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Gregory M. Gordon, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Harold L. Kaplan, Esquire
Gardner Carton & Douglas LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698

David M. Klauder, Esquire
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

Kristin K. Going, Esquire
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005

David N. Crapo, Esquire
Gibbons, Del Deo, Dolan,
  Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102

Isaac M. Pachulski, Esquire
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067


/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Steven G. Weiler (No. 4934)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com
sweiler@ferryjoseph.com